# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SERGEY MAYOROV,              )
                                   )
             Plaintiff,    )
                                   )
    vs                        )  No. 13 C 5249
                                   )
UNITED STATES OF AMERICA,  )
                                   )
             Defendant.    )

       The discovery deposition of SERGEY
MAYOROV, taken in the above-entitled cause before
Steven J. Brickey, CSR, State of Illinois, at 219
South Dearborn Street, Chicago, Illinois, on the
2nd day of April, A.D., 2014, commencing at 10:06
o'clock a.m.

SERGEY MAYOROV
April 2, 2014

Page 2

1   A P P E A R A N C E S:

2       NATIONAL IMMIGRANT JUSTICE CENTER
        BY:   MR. ABIMAN RAJADURAI

3             MR. MARK FLEMING
        208 South LaSalle Street

4       Suite 1818
        Chicago, Illinois 60604

5       (312) 660-1628

6             Appeared on behalf of the Plaintiff;

7       UNITED STATES DEPARTMENT OF JUSTICE
        BY:   MR. JAMES M. KUHN, SR.

8       219 South Dearborn Street
        Suite 600

9       Chicago, Illinois 60603
        (312) 886-1325,

10            Appeared on behalf of the Defendant;

11

12

    REPORTED BY:

13

        Steven J. Brickey, CSR

14      CSR License No. 084-004675

15

16

17

18

19

20

21

22

23

24

25

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 3

1                    I N D E X

2    THE WITNESS:  SERGEY MAYOROV

3                                        PAGE

4    Direct Examination by Mr. Kuhn............   4

5

6

7                  E X H I B I T S

8

9                                   Marked for
                                    Identification
10

11   Exhibit No. 2 .........................    7

12   Exhibit No. 1 .........................   33

13

14

15

16

17

18

19

20

21

22

23

24

25

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 4

1            (Witness sworn.)

2              SERGEY MAYOROV

3    called as a witness herein, having been first duly

4    sworn, was examined and testified as follows:

5              E X A M I N A T I O N

6    BY MR. KUHN:

7        Q.    Can you state your name and spell

8    your first, middle and last name.

9        A.    Yes, sir.  My name is Sergey

10   Vitalevich Mayorov.  S-E-R-G-E-Y is my first name.

11   V-I-T-A-L-I -- V- -- L-E-V-I-C-H is my middle

12   name.  I never use it, though.  Last name is

13   M-A-Y-O-R-O-V.

14       Q.    Okay.  Have you ever had your

15   deposition taken before?

16       A.    I don't know what a deposition -- is

17   that --

18       Q.    That's what we're doing here.

19       A.    No, sir.

20       Q.    Okay.  You're here today for the

21   purpose of giving your deposition --

22       A.    Yes, sir.

23       Q.    -- in the case of Mayorov versus

24   United States.

25       A.    Yes, sir.

SERGEY MAYOROV
April 2, 2014

Page 5

1        Q.      A deposition is basically I'll ask
2    you questions, you'll give me your answers under
3    oath and everything anybody says in this room is
4    taken down by the court reporter.
5        A.      Yes, sir.
6        Q.      So to facilitate that process a
7    couple of rules.  Number one, don't talk when I
8    talk.  Wait until I'm done and then you can give
9    your answer.  I will wait until you're done before
10   I ask my next question.
11       A.      Yes, sir.
12       Q.      And, second, you need to give a
13   verbal response.  Yes or no.  You can't shake or
14   nod your head or give any other type of grunts or
15   groans to try to indicate what your answer is --
16       A.      Yes, sir.
17       Q.      -- because he can't take those down.
18   Okay?
19       A.      Okay.
20       Q.      What is your birth date?
21       A.      October 15th, 1990.
22       Q.      You were born in Minsk in what is
23   now Belarus?
24       A.      Correct.
25       Q.      And what is your mother's name?

SERGEY MAYOROV
April 2, 2014

Page 6

1      A.    Tanya May, T-A-N-Y-A, M-A-Y.

2      Q.    And do you live with her now?

3      A.    Yes, sir.

4      Q.    Have you lived with her most of your

5 life?

6      A.    Yes, sir.

7      Q.    When did you come to the United

8 States?

9      A.    In 1999.

10     Q.    And you came as an asylee?

11     A.    I don't know what that word means.

12     Q.    You came with your mother?

13     A.    No.

14     Q.    Who did you come with?

15     A.    By myself.

16     Q.    You came by yourself?

17     A.    Yes.

18     Q.    How did you get here?

19     A.    On a plane.

20     Q.    And who did you meet when you got

21 here?

22     A.    My mom.

23     Q.    She was already here?

24     A.    Yes.

25     Q.    And how long had your mother been in

SERGEY MAYOROV
April 2, 2014

Page 7

1   the United States before you got here?

2        A.    About seven years.

3        Q.    So you came in '99?

4        A.    Yes.

5        Q.    And she came?

6        A.    In about '92.

7        Q.    Who did you live with for those

8   seven years?

9        A.    My grandma, grandmother, uncle, my

10  mom's sister, my aunt, my cousin.

11            MR. KUHN:  I'm going to have two

12  exhibits.

13                 (Document marked as Government

14                 Exhibit No. 2 for

15                 identification.)

16  BY MR. KUHN:

17       Q.    I'm going to show you what we have

18  marked as Government Exhibit 2 for your

19  deposition.  This is a form called a G-325A.  Are

20  you familiar with this form?

21       A.    No.

22       Q.    There is a signature two thirds of

23  the way down where it says signature of applicant,

24  is that your signature?

25       A.    Yes.

SERGEY MAYOROV
April 2, 2014

Page 8

1      Q.      And it says "This form is submitted
2  in connection with an application for status as a
3  permanent resident"?
4      A.      Yes.
5      Q.      About one-third of the way down on
6  the form it asks for the applicant to list his
7  residence for the past five years.  Are those
8  places where you did, in fact, live on the dates
9  indicated?
10     A.      Yes.
11     Q.      Mount Prospect, Skokie, Glencoe and
12  Wilmette?
13     A.      Yes.
14     Q.      Do you still live at 3513 Lake
15  Avenue in Wilmette?
16     A.      No.
17     Q.      When did you stop living there?
18     A.      Maybe 2007.
19     Q.      Where did you move after?
20     A.      To 928 Harlem Avenue in Glenview,
21  Illinois.  Do you need the zip code?
22     Q.      No.  That's okay.  Is that a house
23  or apartment?
24     A.      Apartment.
25     Q.      Is there an apartment number?

SERGEY MAYOROV
April 2, 2014

Page 9

```
 1        A.      No.
 2        Q.      Is there only one apartment
 3   associated with that address?
 4        A.      No.  It is four units, but they have
 5   their own address.
 6        Q.      Okay.  How long have you lived
 7   there?
 8        A.      Since about 2007.
 9        Q.      And I'm sorry.  You still live there
10   today?
11        A.      Yes.
12        Q.      Who do you live there with?
13        A.      Just my mom.
14        Q.      Do you have any brothers or sisters?
15        A.      No.
16        Q.      So this is a single building that
17   has four different apartments in it?
18        A.      Yes.
19        Q.      Are there any other -- are there any
20   other commercial entities in it, any stores, store
21   fronts?
22        A.      No.
23        Q.      Nothing.  Where did you go to high
24   school?
25        A.      Glenbrook South.  My diploma is from
```

SERGEY MAYOROV
April 2, 2014

Page 10

1    Glenbrook South.  We moved around a lot.  I went

2    to a few high schools, but my high school diploma

3    is from Glenbrook South.

4           Q.       When did you graduate from Glenbrook

5    South?

6           A.       In 2009.

7           Q.       What other high schools did you go

8    to?

9           A.       New Trier, North Shore Academy,

10   Ombudsman, O-M-B-U-D-S-M-A-M.

11          Q.       Is that a school or program?

12          A.       It's a private school.

13          Q.       Where is that located?

14          A.       In Chicago.  I don't know the

15   address, but it is on the corner of Milwaukee and

16   Harlem where they intersect.

17          Q.       Anywhere else?

18          A.       Not that I can remember, no.

19          Q.       Did you ever go to college?

20          A.       Yes.

21          Q.       Where did you go to college?

22          A.       Oakton Community College.

23          Q.       When did you start there?

24          A.       A little bit after I graduated from

25   high school.

SERGEY MAYOROV
April 2, 2014

1      Q.    2009?

2      A.    Yes.

3      Q.    And how many credit hours did you

4 achieve?

5      A.    I can't recall.  I don't know.  I

6 can tell you the classes I took.

7      Q.    Did you have a major?

8      A.    Business.  Business accounting.

9      Q.    Did you graduate?

10     A.    No.

11     Q.    How many semesters did you attend?

12     A.    One.

13     Q.    Are you employed?

14     A.    Yes.

15     Q.    Who do you work for right now?

16     A.    I work for a company called Renu,

17 R-E-N-U, Day Spa.

18     Q.    Where is that located?

19     A.    In Deerfield.

20     Q.    Do you know the address?

21     A.    617 Central Avenue in Deerfield.

22     Q.    And what do you do there?

23     A.    I'm a receptionist/secretary.

24     Q.    What does Renu Day Spa do?

25     A.    Massages, waxes, haircuts.  Stuff

SERGEY MAYOROV
April 2, 2014

Page 12

1    like that.

2         Q.    And who is your boss?

3         A.    Her name is Anna.  I don't know her

4    last name.

5         Q.    And when did you first start working

6    there?

7         A.    About a little more than two weeks.

8         Q.    Two weeks ago?

9         A.    Yes.

10        Q.    So you started there sometime in

11   March of 2014?

12        A.    Yes.

13        Q.    What was the job that you held just

14   prior to that job?

15        A.    It was a company I worked for called

16   AB Metal.

17        Q.    Where is that located?

18        A.    That is in Northbrook.  I can't

19   remember the address.

20        Q.    Do you recall what street it is on?

21        A.    It is on Commercial Avenue.

22        Q.    What does AB Metal do?

23        A.    It's a plumbing supply company.

24        Q.    What did you do there?

25        A.    I started working in the warehouse

SERGEY MAYOROV
April 2, 2014

1   and then driving a forklift, truck driving and

2   then I started learning the system.  After I

3   learned that, I handled invoices, bills for the

4   company and got promoted to manager.

5           Q.      **Who was your boss?**

6           A.      Boris, B-O-R-I-S.  Last name

7   Mankovsky, M-A-N-K-O-V-S-K-Y.

8           Q.      **How long did you work at AB Metal?**

9           A.      Maybe nine months, ten months.

10          Q.      **So you started when?**

11          A.      That was maybe around Spring of 2013

12  all the way until winter.  Maybe March as well.

13          Q.      **How much money did you make working**

14  **at AB Metal?**

15          A.      About $13 an hour.

16          Q.      **What was your reason for leaving?**

17          A.      I thought I could find another job.

18  The owner had a problem, drinking problem, yelling

19  problem.  I don't like people yelling at me.  Just

20  because I work there doesn't mean -- you know, you

21  can buy my services, but not the right to yell at

22  me or treat me any different than anybody else.

23          Q.      **So you left voluntarily?**

24          A.      Yes.

25          Q.      **What did you do prior to the Spring**

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 14

1  of 2013?

2      A.     I was working at a company across

3  the street called Excel Plumbing.  I was a

4  receptionist/secretary there and the owners knew

5  each other.  That's how I got the job at AB Metal.

6      **Q.**     **How long did you work at Excel**

7  **Plumbing?**

8      A.     About two months.

9      **Q.**     **Why did you leave to go to AB Metal?**

10      A.     Better job benefits, better work

11  pay, owner liked me.

12      **Q.**     **But then he started yelling at you?**

13      A.     I guess.  You grow close -- you

14  know, you've been there for a while, you start

15  taking care of the business.  He was just going

16  around with his business.  People owed him money.

17  You know, he just -- problems with -- problems at

18  home.  Stuff like that.  He was just screaming.

19      **Q.**     **Okay.  So you started at Excel**

20  **Plumbing sometime around January of 2013?**

21      A.     Yes.

22      **Q.**     **And what job did you have**

23  **immediately prior to that?**

24      A.     I was working at a company called

25  Banker REO.

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 15

1      Q.     **When did you start there?**

2      A.     Maybe October.

3      Q.     **Of 2012?**

4      A.     Yeah.  Yes.  Or maybe before that.

5  September/October.  About then.

6      Q.     **And you stayed until when?**

7      A.     Until about December/January.

8      Q.     **And what did you do at Banker REO?**

9      A.     Sales and answer phone calls.

10     Q.     **What type of business was Banker**

11 **REO?**

12     A.     They took care of the -- they dealt

13 with real estate property like handling the

14 maintenance, organizing that.  Stuff like that.

15     Q.     **What did you do?**

16     A.     Sales on the phone or secretary.

17     Q.     **And what was your reason for leaving**

18 **that position?**

19     A.     I got an offer at Excel Plumbing.

20 Better pay.

21     Q.     **What did you get paid at Banker REO?**

22     A.     That was commission, but average.  I

23 don't know.  Maybe minimum wage back then.

24     Q.     **All right.  And prior to September**

25 **of 2012, where did you work?**

SERGEY MAYOROV
April 2, 2014

Page 16

1      A.      I was a life guard over the summer
2  for maybe about a month.
3      **Q.      For who?**
4      A.      It was a company called Aqua Guard.
5  I think they have a lot of pools to manage and
6  they needed a life guard so I did that.
7      **Q.      Are you certified as a life guard?**
8      A.      I was, yes.  You have to renew the
9  license every year, I think.
10     **Q.      You did that for about a month?**
11     A.      Yes.
12     **Q.      What month?**
13     A.      Summer.  I think it was July/August.
14  I think July.
15     **Q.      Did you have a job before you**
16  **started working there?**
17     A.      Yes.
18     **Q.      Where did you work?**
19     A.      I worked at a company called
20  Platinum Car Wash.  I got the job right after I
21  got out.  Maybe it wasn't even a week.  Maybe two
22  days.
23     **Q.      When did you get out?**
24     A.      April 11th, 2012.
25     **Q.      What did you do at the car wash?**

SERGEY MAYOROV
April 2, 2014

Page 17

1      A.      I drove the cars up from after the
2  wash and, you know, dried them off.
3      Q.      **Finished them?**
4      A.      Clean the rims, yeah.
5      Q.      **What was your reason for leaving**
6  **that job?**
7      A.      I didn't want to work at a car wash
8  and my friend said he could get me a job at Banker
9  REO so I went with that.
10     Q.      **So you left the car wash and became**
11 **a life guard?**
12     A.      That was only on the weekends and
13 then part-time I was doing the Banker REO.  That
14 was weekends.
15     Q.      **Did you have a job before you went**
16 **in?**
17     A.      Yes.  I got hired by American Window
18 Works and on my first day of work I got indicted
19 for the case.  So as I was going to work they
20 caught me going to my car.
21     Q.      **So you worked there for a day?**
22     A.      I didn't even make it.  They got me
23 at like 9:00 in the morning.
24     Q.      **Did you have a job before that?**
25     A.      Yes.  Erik's Window Washing and

SERGEY MAYOROV
April 2, 2014

Page 18

1   Maintenance.

2          Q.      **Where is that located?**

3          A.      In Kenilworth.

4          Q.      **What did you do there?**

5          A.      Window washing.  Sometimes people

6   needed help moving.

7          Q.      **How long did you work for them?**

8          A.      On and off for maybe about a year

9   and a half.  Two years almost.  Business drops in

10  the wintertime.

11         Q.      **And your reason for leaving Erik's**

12  **Window Washing and Maintenance?**

13         A.      It was cash.  I wasn't on payroll or

14  anything like that and my friend just opened up

15  his own company.  He owned I think a third of it

16  and he went in with two more people and he knows I

17  washed windows and did stuff like that and he

18  wanted to hire me.

19         Q.      **So you left Erik's to go work for?**

20         A.      For American Window Works.

21         Q.      **For American Window Works.  Okay.**

22  **When did you work at Erik's Window Washing and**

23  **Maintenance?  What year?**

24         A.      Like late '08/'09.

25         Q.      **Was that after you finished high**

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 19

1    school?

2         A.    Yes.

3         Q.    Did you have a job while you were in

4    high school?

5         A.    No, I don't think so.  For maybe two

6    weeks I worked at a Marshall's, but it didn't work

7    out.

8         Q.    What happened there?

9         A.    The Marshall's job I got through a

10   high school.  They recommended me to Marshall's

11   and then there was an issue at the high school and

12   I didn't show up for work and they said "I'm

13   sorry.  We needed somebody there.  You weren't

14   there" and I got fired.

15        Q.    All right.  I'm going to ask you

16   about your criminal record.

17        A.    Okay.

18        Q.    When is the first time that you were

19   arrested by the police?

20        A.    In 2010.

21        Q.    What was that arrest for?

22        A.    Residential burglary.

23        Q.    You had not been in trouble -- I'm

24   sorry -- you had not been arrested for anything

25   prior to that?

SERGEY MAYOROV
April 2, 2014

Page 20

1     A.     I don't think so, no.  At my high

2  school, I don't know what --

3     Q.     **What happened in your high school?**

4     A.     I got caught with two grams of

5  marijuana.  I was taken down to the station.

6  Nobody told me I was under arrest.

7     Q.     **When did that happen in high school?**

8     A.     2006.  Maybe 2007.

9     Q.     **What high school was that at?**

10     A.     New Trier.

11     Q.     **Did you have to go to court?**

12     A.     No.

13     Q.     **Tell me what happened in 2010.**

14     A.     Around March, I got indicted for the

15  residential burglary.  They had a witness or

16  something like one of the people that was with me

17  supposedly made a statement or got caught doing

18  something else and that's when they indicted me

19  after.

20     Q.     **Did you go to trial?**

21     A.     No.

22     Q.     **Did you plead guilty?**

23     A.     Yes.

24     Q.     **What courthouse?**

25     A.     Skokie.

SERGEY MAYOROV
April 2, 2014

Page 21

1     Q.     When did you plead guilty?

2     A.     2010.  Around the 27th of December.

3     Q.     Had you been out on bond?

4     A.     Yes.

5     Q.     And what was your sentence?

6     A.     Four years and boot camp.

7     Q.     Four years and boot camp or four

8 years in boot camp?

9     A.     Four years and boot camp.  It is an

10 and/or.  Like if I finished the boot camp I don't

11 have to do my term.

12     Q.     So it is four years or boot camp,

13 right?

14     A.     Yes.

15     Q.     Do you remember the name of the

16 judge?

17     A.     Axelrood, A-X-E-L-R-O-O-D.

18     Q.     And were you taken into custody

19 immediately?

20     A.     Yes.

21     Q.     And transported to where?

22     A.     To Cook County jail.

23     Q.     How long did you spend at Cook

24 County jail?

25     A.     About a day.

SERGEY MAYOROV
April 2, 2014

Page 22

1        Q.      **Then where did you go?**

2        A.      Stateville Correctional Center.

3        Q.      **How long were you in Stateville?**

4        A.      About a month.

5        Q.      **And then you got designated to?**

6        A.      Vienna.  Vienna, Illinois.  It's a

7 prison.  I spent the night there.  The next day I

8 went to boot camp.

9        Q.      **Where was the boot camp?**

10       A.      Dixon Springs is the name of it.

11 Dixon Springs IIP.

12       Q.      **How long were you in Dixon Springs?**

13       A.      About two months, 50 something days,

14 55.

15       Q.      **Back up a second.  What happened**

16 **when you were in Stateville?**

17       A.      I was on the waiting list for boot

18 camp.

19       Q.      **Did you go through processing?**

20       A.      Yes.

21       Q.      **And who did you meet with during**

22 **processing?**

23       A.      Nobody.  I was just sitting in a

24 cell 24 hours a day.

25       Q.      **You didn't meet with any counselors**

SERGEY MAYOROV
April 2, 2014

Page 23

1  **or any program people or anybody?**

2        A.        Through the first time.  Oh, that's

3   the process.  It took a few hours.  I came to

4   Stateville for like dental, physical like they do

5   checkups on you to make sure.  I came into one

6   room that said ICE.  It was maybe like me and two

7   other people and I came in there.  The lady said

8   "What is your name?  Were you born in the United

9   States?"  I'm like "No."  She said "What is your

10  name?"  She said "We don't have you in the system.

11  You're getting deported."  She told me straight up

12  "You're getting deported.  I don't think you're

13  going to make it to boot camp."  I broke down

14  right there.

15                  She said "I don't know for sure,

16  but I don't see any paperwork on you.  It doesn't

17  look like you're going to boot camp.  Let me go

18  ask my boss.  Step into the next room over."  I

19  stepped in there and the boss was a lady.  She

20  started asking me what was my mom's name.  She

21  found her in the system and then I don't know what

22  she did.  She said "What year did your mom become

23  a citizen or naturalized?"  "It was '07.  I was 16

24  back then" and she said "Oh, you were under 18

25  when your mom became naturalized?"  I said "Yeah."

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 24

1   She said "You're fine."  I just signed some papers
2   and I just went to the next physical, dental.
3        Q.      Okay.  So you're at Stateville, they
4   check your dental work and gave you a physical?
5        A.      Right.
6        Q.      Then you said you went into a room
7   with ICE?
8        A.      Yes.  The rooms are all next to each
9   other.
10       Q.      So you're going from room to room?
11       A.      Room to room.
12       Q.      And by ICE, you're talking about
13  Immigrations and Customs Enforcement?
14       A.      Yes.
15       Q.      And how did you know that this was a
16  room for ICE?
17       A.      It said on -- on the sheet.  The
18  officer told me "You're going to ICE" and it said
19  it -- it's not like a door.  There is no doors.
20  It is all walls and it said it on the door.
21       Q.      So an officer, you're talking about
22  a prison guard?
23       A.      Yes, officer.  Like every time
24  you're done with the checkup you have to go see an
25  officer and he tells you where to go next.

SERGEY MAYOROV
April 2, 2014

Page 25

1    Q.    So you get your checkup and the

2    prison guard told you --

3    A.    He said "You have to go to ICE."

4    Q.    Do you know that guard's name?

5    A.    No, it's a different guard every

6    day, every shift.

7    Q.    And so then you went into the room

8    that was for ICE?

9    A.    Right.

10   Q.    You and two other people?

11   A.    Yes, but we weren't together.  We

12   were in a line.  There were two more people and we

13   came in with a group of 50, 60 people.  Everyone

14   just went, you know, to the dental because they

15   were born there I'm assuming and just me and two

16   other people.

17   Q.    Do you know the names of these other

18   two guys?

19   A.    No, just Mexican men.

20   Q.    Okay.  And who did you meet with

21   when you were in the ICE room?

22   A.    It was a lady.

23   Q.    Can you describe her for me?  Black

24   or white?

25   A.    White.

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

```
 1        Q.       About how old?

 2        A.       I wasn't really paying attention to

 3    that.  I don't know.  Maybe 30's, 40's.  As soon

 4    as she told me "You're not going to boot camp," I

 5    broke down.  I can't go back.

 6        Q.       What color hair did she have?

 7                 MR. RAJADURAI:  Objection.  Which

 8    officer?

 9                 MR. KUHN:  Pardon?

10                 MR. RAJADURAI:  Which officer?

11    BY MR. KUHN:

12        Q.       The person you met in the ICE room.

13    We established she is a white female?

14        A.       Right.

15        Q.       About either 30's or 40's?

16        A.       Right.

17        Q.       Can you describe her hair?

18        A.       No.

19        Q.       Can you describe what she was

20    wearing?

21        A.       No.

22        Q.       Did she wear her hair long or short?

23        A.       Maybe long.  Shoulder, maybe past.

24    I wasn't really paying attention to the person.

25        Q.       Did this person identify themselves
```

SERGEY MAYOROV
April 2, 2014

Page 27

1   **as an employee of the federal government?**

2        A.      They don't identify themselves to

3   us.  We identify like I came in the room and she

4   said "What is your name?"  She didn't, like,

5   introduce herself.

6        **Q.      Then you said she went and talked to**

7   **her boss?**

8        A.      No, she said "Step over to the

9   next -- next like cubicle of walls.  She said

10  "Step over into the next one" and that's when I

11  talked to another lady.

12       **Q.      Okay.  Can you describe the second**

13  **lady for me?**

14       A.      No.

15       **Q.      Is she black or white?**

16       A.      She was white.

17       **Q.      Do you know about how old she was?**

18       A.      About same age.  30's, 40's.

19       **Q.      Do you know the color of her hair?**

20       A.      No.

21       **Q.      Do you recall how she was dressed?**

22       A.      No.

23       **Q.      What did the second lady tell you?**

24       A.      She said "Hold on a minute."  She

25  started asking me what is your mom's name.  For a

SERGEY MAYOROV
April 2, 2014

Page 28

1    second, she couldn't find her, but I was there

2    maybe a total of ten minutes.

3        Q.    **What did this second lady do to,**

4    **quote, find her?**

5        A.    She had a computer in front of her.

6    I'm sitting on the end where I can't see it.  She

7    just started typing and then she asked me for my

8    mom's name.  I said "Tanya May" and she said "I

9    found her."  I think she made a phone call to

10   somebody.  She made a phone call and then she was

11   like -- she said "You're fine.  You're fine.  Your

12   mom was naturalized in '07.  How old were you in

13   July or June of '07" somewhere around there.  I

14   was like "I was 16."  She said "You're fine.  You

15   can go to boot camp."

16       Q.    **So the first ICE -- the first lady**

17   **in the ICE room told you that you couldn't go to**

18   **boot camp?**

19       A.    Yes, and then she told me to wait,

20   hold on, let me check.

21       Q.    **Did this first lady tell you why you**

22   **couldn't go to boot camp?**

23       A.    Yeah, I'm not a citizen.

24       Q.    **At that point, did you know you were**

25   **a citizen?**

SERGEY MAYOROV
April 2, 2014

Page 29

1      A.      I was sure of it, yes.

2      **Q.      Why were you sure of it?**

3      A.      My mom became naturalized in '07.

4  I'm under her care.  I'm a minor at 16.  So I

5  figured I'm a citizen, too.

6      **Q.      And why do you figure that -- or let**

7  **me rephrase it.  Why at that time did you figure**

8  **that?**

9      A.      At that time?

10      **Q.      Yes.**

11      A.      Could you repeat the question?

12      **Q.      When the ICE lady told you that you**

13  **were going to be deported --**

14      A.      Yes, she told it just like that.

15      **Q.      When she said that, did you know at**

16  **that time -- at the time that she said it, that**

17  **you were a citizen of the United States?**

18      A.      Yes.

19      **Q.      How did you know that?**

20      A.      Because my mom was naturalized when

21  I was a minor.

22      **Q.      And how do you know that minors --**

23  **when did you first learn that minors of parents**

24  **who are naturalized become citizens?**

25      A.      My mom told me.  My mom told me.

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

1    **Q.**      **When did she tell you?**

2        A.      Like '07 June/July.  Somewhere

3    around there.  She was really happy about it.  She

4    got her passport and everything and she was like

5    "Yeah, I'm naturalized.  I'm a citizen.  So are

6    you."  It took a while.  I'm assuming it is a long

7    process to do so because I remember when I came

8    here first and met her in '99 she still didn't

9    have her -- her naturalized was -- I don't know if

10   she said it was some kind of money you have to

11   pay.  It is a long process or something and then

12   in '07 -- so since '99 from '07 she still didn't

13   have any and she was really happy when she got it

14   and she told me.

15       **Q.**      **So now when you went in the second**

16   **cubicle and met with this second lady in the ICE**

17   **room, did she identify herself as an employee of**

18   **ICE?**

19       A.      No.

20       **Q.**      **Did she show you a badge?  Anything?**

21       A.      They don't identify themselves to

22   us.  We're just a number to them.  We're not

23   people.

24       **Q.**      **When you were done in the ICE room,**

25   **where did you go next?**

SERGEY MAYOROV
April 2, 2014

Page 31

1      A.     It was dental or something.

2      **Q.     And then you --**

3      A.     And then to a counselor or

4 something.  They ask you questions about if you

5 have a drug problem or anything or about, you

6 know, stuff like that.

7      **Q.     Did you have a drug problem at that**

8 **time?**

9      A.     No.

10      **Q.     Then you ended up in Vienna?**

11      A.     Yes.

12      **Q.     For a day?**

13      A.     Yes, overnight.  In order to make it

14 to boot camp, you have to get approved by

15 Springfield.  That is the head -- like the head

16 decision.  The program review board makes the

17 decisions on where you go.  I got approved by

18 Springfield for the boot camp and Stateville has

19 to approve you because if you get in trouble in

20 Stateville, they'll snatch your boot camp if you

21 catch a ticket for fighting or staff assault,

22 something like that.  They won't --

23      **Q.     You have to behave or you don't get**

24 **to be in boot camp?**

25      A.     Right.  Or else you don't make it

SERGEY MAYOROV
April 2, 2014

Page 32

```
 1    there.
 2         Q.      Did you have an i-551 or what is
 3    commonly called a Green Card?
 4         A.      Yes.
 5         Q.      Did you carry that with you?
 6         A.      No.  Did I carry it with me to
 7    prison?
 8         Q.      No.  Before you went to prison, was
 9    that something that you carried in your wallet?
10         A.      No.
11         Q.      And why didn't you carry it with
12    you?
13         A.      Why didn't I?
14         Q.      Yeah.
15         A.      Because it was in the bank.  It was
16    in the safety deposit box with like Social
17    Security.  Stuff like that.
18         Q.      So you never carried your Green Card
19    with you?
20         A.      No.
21         Q.      Have you ever registered to vote?
22         A.      No, I don't think so.
23         Q.      Have you ever applied for a
24    passport?
25         A.      Yes.
```

SERGEY MAYOROV
April 2, 2014

Page 33

1      Q.      **Pardon?**

2      A.      Yes.

3      Q.      **When did you apply for a passport?**

4      A.      I got my passport last year, I

5   think.  I don't remember when I applied for it.

6      Q.      **You applied for it after you got**

7   **out?**

8      A.      Yes.  Maybe before that, but I know

9   I got it after I got out.  I don't know if there

10  is a process or anything, but, yes.

11     Q.      **Did you ever apply for a**

12  **naturalization certificate or an N-600 form?**

13     A.      I don't recall.  All the paperwork I

14  knew little about it.  My mom did all the filing.

15  All that.  I never knew much about it.

16     Q.      **Let me show you what I've marked as**

17  **Exhibit No. 1.**

18                     (Document marked as Government

19                     Exhibit No. 1 for

20                     identification.)

21  BY MR. KUHN:

22     Q.      **These were some documents that were**

23  **provided to us by your attorneys.  I want you to**

24  **take a look at page number six.  Is this your 2007**

25  **tax return?**

SERGEY MAYOROV
April 2, 2014

Page 34

1      A.      Yes.  From reading the top page,
2  yes.
3      Q.      **Okay.  Under line 12 it says you had**
4  **a business income of $373?**
5      A.      Yes.
6      Q.      **What was that business income from?**
7      A.      I don't recall.
8      Q.      **Did you have a business in 2007?**
9      A.      No, but I was working for my
10  mom's -- not her business, but the company I was
11  doing like simple accounting tasks like taxes just
12  adding.  I don't want to say like taxes, but like
13  adding, stamping envelopes, like printing stuff
14  out, sending stuff to clients, stuff like that.
15  Maybe it could have been from there.
16      Q.      **Does your mother own her own**
17  **business?**
18      A.      No.
19      Q.      **Who does your mother work for?**
20      A.      She works for a company called
21  Geltco, G-E-L-T-C-O, Company.
22      Q.      **What do they do?**
23      A.      Accounting.  Accounting like tax
24  preparation and filing.
25      Q.      **Is your mother an accountant?**

SERGEY MAYOROV
April 2, 2014

Page 35

1    A.    Yes.

2    Q.    Did she do your taxes?

3    A.    I think so.  I don't know much about

4    taxes.  I'm assuming she did.

5    Q.    If you look at page number 15, it

6    shows in 2012 that you made as wages, salaries,

7    tips, et cetera, $11,723?

8    A.    Okay.

9    Q.    And do you know what employment that

10   is from?

11   A.    AB Metal.

12   Q.    Under line 12 it says business

13   income of $50?

14   A.    Yes.

15   Q.    Did you operate a business in 2012?

16   A.    No.

17   Q.    Did you do your own taxes or did

18   somebody do them for you?

19   A.    No, I think my mom did them.  I

20   think the boss, Boris, he had an accountant.

21   Q.    If you look at page 17, which is

22   Schedule C, it says on line A the principal

23   business was sales and the gross receipts from

24   sales was $50.  Can you think of any idea what

25   that is from?

SERGEY MAYOROV
April 2, 2014

Page 36

1    A.    Maybe the Banker REO job.  Maybe.

2    Q.    **Under Box B, it says "Enter business**

3    **code here."  It says 444130, which is the business**

4    **code for a hardware store.  Did you ever own or**

5    **operate a hardware store?**

6    A.    No.

7    Q.    **If you look at page number 22, is**

8    **this your 2013 tax return?**

9    A.    Yes.

10   Q.    **Do you know who Alina Gluck is?**

11   A.    Alina?

12   Q.    **Alina, A-L-I-N-A, G-L-U-C-K?**

13   A.    No.

14   Q.    **In 2013, where did you work?**

15   A.    Excel Plumbing, AB Metal.

16   Q.    **But in 2013, you didn't report any**

17   **wages, salaries or tips?**

18   A.    I don't know.

19   Q.    **In line 12, it shows business income**

20   **of $1,054?**

21   A.    Okay.

22   Q.    **Did you operate a business where you**

23   **made $1,054?**

24   A.    I don't think so, but I was working.

25   I don't know what company that is from, but I

SERGEY MAYOROV
April 2, 2014

Page 37

1    maintained a job.  I don't know how they do taxes

2    or who did them.  All I made sure was that I

3    didn't owe at the end of the year.

4         Q.     Sure.  Line 27 is for the deductible

5    part of self-employment tax.  You deducted $75.

6    Were you self-employed in 2013?

7         A.     I don't recall.

8         Q.     And then on line --

9         A.     I don't think so.  I was always

10   working for a company.

11        Q.     If you look on page 23, on line 76

12   it says you owed $149.  Did you pay $149?

13        A.     I think so, yeah.  Yes.

14        Q.     If you look at page number 24, again

15   this is your Schedule C.  It says that you were

16   engaged in the principal business of the

17   profession of sales.  Again, quote for a hardware

18   store.  It said you had gross receipts of $4,000

19   and total expenses of $2,946?

20        A.     That had to be AB Metal.

21        Q.     What type of expenses did you have

22   at AB Metal that you would deduct for a total of

23   $2,946?

24        A.     I don't know.  Gas, clothes.  I

25   don't know.  Tools.

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 38

1      Q.      But you were a receptionist?

2      A.      At Excel Plumbing.  AB Metal I drove

3  trucks, forklift.  I was the manager.  I started

4  learning the fittings.  I started trying to go in

5  the field a few times.

6      Q.      I forgot to ask you.  After you got

7  out of the Illinois Department of Corrections,

8  were you ever arrested again?

9      A.      Yes.

10      Q.      When were you arrested again?

11      A.      September 13th, I think, 2013.

12      Q.      And who arrested you?

13      A.      IDOC agents, I'm assuming.  I don't

14  know if it was sheriffs, marshalls, IDOC agents.

15  The Glenview police were there, detective.

16      Q.      Where were you arrested?

17      A.      My house.

18      Q.      So a team of agents and officers

19  came to your home?

20      A.      Right.

21      Q.      Did they knock on the front door?

22      A.      No.

23      Q.      Did they bust their way in?

24      A.      Yeah.

25      Q.      Did they have a warrant?

SERGEY MAYOROV
April 2, 2014

Page 39

```
 1      A.      No.
 2      Q.      They didn't have a warrant for your
 3  arrest?
 4      A.      They didn't have a warrant for my
 5  arrest.
 6      Q.      What did they arrest you for?
 7      A.      Having marijuana.
 8      Q.      What else or anything else?
 9      A.      There was like 20 pills they found,
10  but that was dropped.
11      Q.      They were dropped?
12      A.      Dismissed from the charges.
13      Q.      What happened when you went to
14  court?
15      A.      I could have beat the case, but they
16  wanted me to sit for over a year.  They wouldn't
17  drop my bond.  I was on a no bond because I'm on
18  parole and they offered probation and I'm like
19  "I'm not going to put my mom through this again."
20  I'll throw it in my back room.  Whatever.  I'll
21  manage.
22      Q.      So you pled guilty?
23      A.      Yes.
24      Q.      What did you plead guilty to?
25      A.      Possession.
```

SERGEY MAYOROV
April 2, 2014

Page 40

1      Q.        Possession of a controlled
2   substance?
3      A.        No.   Just possession of --
4   possession.  A simple possession charge, I think.
5      Q.        Possession of what?
6      A.        Of weed, marijuana.
7      Q.        Felony or misdemeanor?
8      A.        I'm not sure about that one.
9      Q.        How long was your probation?
10     A.        Two years.
11     Q.        That would be a felony, wouldn't it?
12     A.        I don't know, but -- I don't know.
13     Q.        I'll get the records then.   Are you
14  currently on probation?
15     A.        Yes.
16     Q.        Was your parole violated?
17     A.        Yes.
18     Q.        Did you serve time?
19     A.        Yes.
20     Q.        How much time did you serve?
21     A.        Like three and a half months almost.
22     Q.        Where at?
23     A.        Stateville.
24     Q.        That was after you pled guilty?
25     A.        No, that was before.

SERGEY MAYOROV
April 2, 2014

1      Q.    So you were arrested on September
2 13th of 2013.

3      A.    Yeah.

4      Q.    You were taken into custody and you
5 didn't have any bond?

6      A.    No.

7      Q.    Did you spend any time at Cook
8 County jail?

9      A.    Like two days, three days.

10      Q.    And then from Cook County jail you
11 went to Stateville?

12      A.    Right.

13      Q.    Then when you were done in
14 Stateville, you went to court?

15      A.    No, back to Cook County.

16      Q.    And how long were you back in Cook
17 County?

18      A.    Like two months, three months.

19      Q.    And that was awaiting trial?

20      A.    No, it was just waiting.  Just
21 fighting the case.

22      Q.    Waiting for what?

23      A.    To see what happens with the case.

24      Q.    Okay.

25      A.    I was going to court like once a

SERGEY MAYOROV
April 2, 2014

Page 42

1   month, but I was just there.

2        Q.     **When did you plead guilty?**

3        A.     February 11, 2014.

4        Q.     **Then you were placed on probation?**

5        A.     Yes, same day.

6        Q.     **Then you were released?**

7        A.     Yes, same day.

8        Q.     **So you were arrested, you did three**

9   **and a half months on a parole violation and then**

10   **you were turned back over to Cook County?**

11        A.     Yes.

12        Q.     **And you waited a couple of months**

13   **until February until your case was ready for**

14   **disposition and you pleaded guilty?**

15        A.     What do you mean ready for

16   disposition?

17        Q.     **Well, you either go to trial or**

18   **plead guilty or they drop the charges. Which one**

19   **happened?**

20        A.     I pled guilty.

21        Q.     **Okay. And after you pled guilty,**

22   **you were released from custody?**

23        A.     Right.

24        Q.     **Now, let's talk about when you were**

25   **at boot camp. You were there for?**

SERGEY MAYOROV
April 2, 2014

Page 43

1        A.        Fifty-five days.  Two months at the
2   most.
3        **Q.        And what happened after those 55**
4   **days there?**
5        A.        We get up at 5:00 a.m., workout, go
6   to they call it chow, but we go eat and then
7   people were talking.  So we had like a
8   disciplinary PT session.  PT is physical training.
9        **Q.        Is punishment because people were**
10  **talking during chow?**
11       A.        Yes, and they couldn't keep quiet.
12  So they took us out on the hard stand.  PT for
13  maybe like 30 minutes, get back in formation and
14  then the lieutenant, Lieutenant Conroy, he calls
15  my name out and since I'm doing good at boot camp
16  that's how -- they call your name out and say "You
17  got a job" because there's different dorms in boot
18  camp.
19                 Dorm one is for people that are
20  there for like the first two weeks, people with a
21  job or people going home soon and dorm two that is
22  where the majority of the population is.  Dorm
23  three is females.  So I'm in dorm two.  I've been
24  there 50 something days.  I'm doing good.  He
25  calls my name out of formation and I'm thinking I

SERGEY MAYOROV
April 2, 2014

Page 44

1   got a job.  So I come up there and he tells me

2   "Put your hands behind your back.  You have a

3   warrant.  You can't be in boot camp with a

4   warrant.  You're going to prison to serve your

5   sentence.  I don't know much about it.  I'm not

6   the person executing this warrant.  I'm just here

7   to tell you you can't be in boot camp with a

8   warrant."

9        Q.       Okay.  What happened then?

10       A.       They took me to Vienna.  I spent

11  like two weeks.

12       Q.       That's minimum security down there?

13       A.       Yes, minimum security.

14       Q.       What happened after the two weeks?

15       A.       They moved me across the street to

16  Shawnee.  There is a joint -- there's a prison

17  right across the street from Vienna because I

18  can't be at a minimum joint, but Vienna is the

19  closest like penitentiary to the boot camp.

20  That's why I went there.

21       Q.       Why couldn't you be in minimum

22  security?

23       A.       Because I had a warrant.

24       Q.       Did Lieutenant Conroy tell you who

25  the warrant was from?

SERGEY MAYOROV
April 2, 2014

Page 45

```
 1       A.    No.
 2       Q.    Did you find out who the warrant was
 3  from?
 4       A.    From like the name of the person who
 5  issued the warrant?
 6       Q.    Well --
 7       A.    It was ICE.  An immigration warrant.
 8       Q.    When did you find that out?
 9       A.    When I got to Vienna.  I spoke to a
10  person for maybe like ten minutes and he told me
11  about it.  He gave me a copy.
12       Q.    So they gave you a copy when you
13  were in Vienna?
14       A.    Yes.
15       Q.    What did you do with it?
16       A.    I kept it.  I read it.  Kept it.
17       Q.    And did you take any action against
18  it?
19       A.    I couldn't.  The way prison is setup
20  you can't really do anything.  I tried to write a
21  letter.  He left my mom a number on the voicemail
22  because she was at work saying "This is how you
23  contact ICE.  Try to get it resolved."  My mom
24  tried to call him, left a few voicemails.  Nobody
25  got back to her.
```

SERGEY MAYOROV
April 2, 2014

Page 46

1    **Q.     Who left your mother a voicemail**

2  **with a phone number?**

3    A.     Somebody at Vienna, a person that I

4  talked to.  Because I had to sign my involuntary

5  termination papers for boot camp.  He explained

6  "It's not your choice of leaving boot camp.  It's

7  just you can't be in boot camp with a warrant.  So

8  it's an involuntary termination.  So sign these

9  papers.  Here is the number for ICE.  You have --

10  I'm going to allow you to make one phone call."  I

11  called my mom and then he left her that

12  information.

13    **Q.     Okay.  Did you do anything else**

14  **about it?**

15    A.     I tried to write letters.

16    **Q.     Who did you write letters to?**

17    A.     I don't know.  I got -- there was

18  like maybe two addresses to ICE and it wasn't a

19  long letter.  It was just "Why?  Why did this

20  happen?"  I tried to write a few lawyers,

21  immigration attorneys.  I went to the law library

22  in prison and I just looked through the books and

23  just tried to write a few lawyers and then

24  somebody else that was there for immigration he

25  was like, you know, I got an address right here

SERGEY MAYOROV
April 2, 2014

1   you can write because I got no responses or

2   anything.

3       Q.      What do you mean by somebody else

4   who was there for immigration?

5       A.      In the prison on my wing, there was

6   another person with an immigration warrant, but he

7   knew -- he's like "Yeah, I got no papers.  I'm

8   getting deported after my bid.  I messed up."  You

9   know what I'm saying?  Because the lawyer told him

10  that.  And he said "I have a name and address.  If

11  you got no responses, write this person.  She'll

12  straighten things out for you.  If you say you

13  have papers and you're a citizen and all this, if

14  everything you're telling me is true, write this

15  person and they'll figure it out" and he gave me

16  the address.  I don't remember the lady.  It was

17  some lady.  I wrote her and within the month,

18  about a month later, I got a call from Mr. Fleming

19  asking me about my situation.

20      Q.      Okay.  And what happened as a result

21  of your conversation with Mr. Flemming?

22      A.      We had a few more conversations and

23  then eventually the warrant was squashed or

24  quashed and I went back to boot camp.

25      Q.      Okay.  When did you go back to boot

SERGEY MAYOROV
April 2, 2014

Page 48

1    camp?

2         A.    After almost a year later.  I did

3    about a year in prison and then I went back to

4    boot camp.

5         Q.    **So you went in sometime in January**

6    **of 2013?**

7         A.    Right.

8         Q.    **So sometime in March you were sent**

9    **over to Vienna?**

10        A.    Yes.

11        Q.    **And so it wasn't until --**

12        A.    It was --

13        Q.    **March of the next year?**

14        A.    Yes.  It was February, I think.

15        Q.    **February?**

16        A.    Yeah.

17        Q.    **So it would be February of 2012?**

18        A.    Yeah.

19        Q.    **And then you went back to the boot**

20   **camp?**

21        A.    Yes.

22        Q.    **How much time did you spend in the**

23   **boot camp?**

24        A.    Whatever I had remaining.  They

25   credited me for the 55 days I was there.  Like 53.

SERGEY MAYOROV
April 2, 2014

Page 49

1    Something like that.  Like two months almost.

2         Q.      How many more days did you have to

3    do?

4         A.      Like another two months.  It is only

5    a 120-day program.  So I had to do half of that.

6         Q.      So you did about 65 more days?

7         A.      Right.

8         Q.      And then you were released on

9    parole?

10        A.      Yes.

11        Q.      So if you went back in in February,

12   you were released sometime in April?

13        A.      Yes.

14        Q.      April of 2012?

15        A.      Yes.

16        Q.      So all told you did about 14 months

17   in jail -- boot camp and jail all together?

18        A.      Yes.

19        Q.      Do you have copies of these letters

20   that you wrote to people?

21        A.      No.

22        Q.      You didn't keep copies?

23        A.      No, you can't do that in prison.

24   It's a different world.  Different rules.

25   Different life.

SERGEY MAYOROV
April 2, 2014

Page 50

1      Q.      When you were in Shawnee, did you
2  have any disciplinary actions?
3      A.      No.  By disciplinary action, if I
4  ever caught a ticket for like fighting or anything
5  like that?
6      Q.      Yes.
7      A.      No.
8      Q.      Did you ever catch a ticket for
9  anything?
10     A.      No.
11     Q.      Perfect record in prison?
12     A.      Yes.
13     Q.      That's very commendable.
14     A.      I'm just trying to get home.
15             MR. KUHN:  I'm good.
16             MR. RAJADURAI:  We're good, too.
17  Reserve.
18         AND FURTHER DEPONENT SAITH NAUGHT...
19
20
21
22
23
24
25

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 51

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION

3

4   SERGEY MAYOROV,              )
                                 )
5              Plaintiff,        )
                                 )
6       vs                       ) No. 13 C 5249
                                 )
7   UNITED STATES OF AMERICA,    )
                                 )
8              Defendant.        )

9               I hereby certify that I have read
    the foregoing transcript of my deposition given on
10  April 2, 2014, at the time and place aforesaid,
    consisting of Pages 1 through 50, inclusive, and I
11  do again subscribe and make an oath that the same
    is a true, correct and complete transcript of my
12  deposition so given as aforesaid.

13
                  please check one:
14
                _____   I have submitted errata sheet(s)
15              _____   No corrections were noted
16          _____
                  SERGEY MAYOROV
17

18  SUBSCRIBED AND SWORN TO
    before me this _____ day
19  of _____, A.D., 2014.

20  _____
        Notary Public
21

22

23

24

25

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 52

1                  WITNESS ERRATA SHEET

2

    I wish to make the following changes for the

3 following reasons:

4   Page   Line

                  Change: _____

5   _____   _____   Reason: _____

6   _____   _____   Change: _____

                  Reason: _____

7

                  Change: _____

8   _____   _____   Reason: _____

9   _____   _____   Change: _____

                  Reason: _____

10

                  Change: _____

11   _____   _____   Reason: _____

12   _____   _____   Change: _____

                  Reason: _____

13

                  Change: _____

14   _____   _____   Reason: _____

15   _____   _____   Change: _____

                  Reason: _____

16

                  Change: _____

17   _____   _____   Reason: _____

18   _____   _____   Change: _____

                  Reason: _____

19

                  Change: _____

20   _____   _____   Reason: _____

21   _____   _____   Change: _____

                  Reason: _____

22

                  Change: _____

23   _____   _____   Reason: _____

24   (Signed) _____

25

L.A. Court Reporters, L.L.C.
312-419-9292

SERGEY MAYOROV
April 2, 2014

Page 53

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


I, Steven Brickey, Certified Shorthand Reporter, do hereby certify that on the 2nd day of April, A.D., 2014, the deposition of the witness, SERGEY MAYOROV, called by the Defendant, was taken before me, reported stenographically, and was thereafter reduced to typewriting under my direction.

The said deposition was taken at 219 South Dearborn Street, Chicago, Illinois, and there were present counsel as previously set forth.

The said witness, SERGEY MAYOROV, was first duly sworn to tell the truth, the whole truth, and nothing but the truth, and was then examined upon oral interrogatories.

I further certify that the foregoing is a true, accurate, and complete record of the questions asked of and answers made by the said witness, SERGEY MAYOROV, at the time and place hereinabove referred to.

The signature of the witness, SERGEY MAYOROV, was reserved by agreement.

The undersigned is not interested in the

SERGEY MAYOROV
April 2, 2014

Page 54

within case, nor of kin or counsel to any of the

parties.

    Witness my official signature in and for

Cook County, Illinois, on this _____ day of

_____, A.D., 2014.

 

 

_____

STEVEN BRICKEY, CSR

8 West Monroe Street

Suite 2007

Chicago, Illinois 60603

Phone:  (312) 419-9292

CSR No. 084-004675