# EXHIBIT 11

2003 MAR 27 AM 8 04

OMB No. 1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

# Form I-485, Application to Register Permanent Resident or Adjust Status

APR 1 0 2003 −5 30 AM 2 2 28

LIN-03-153-52655  LINADB01

04/10/2003

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

## Part 1.  Information About You.

| Family Name | Given Name | Middle Initial |
|---|---|---|
| MAYOROV | SERGEY | A |

Address - C/O  *Vitaliyevich*

| Street Number and Name | Apt. # |
|---|---|
| 9046 Niles Center Rd | A |

City  SKOKIE *Glenview*  136 Green Bay Rd.

| State | Zip Code |
|---|---|
| IL | 60076 60022 |

| Date of Birth (month/day/year) | Country of Birth |
|---|---|
| 10/15/1990 | BELARUS |

| Social Security # | A # (if any) |
|---|---|
| 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 | A 75 311 733 |

| Date of Last Arrival (month/day/year) | I-94 # |
|---|---|
| 06/04/1999 | 1216/2215 07 |

| Current INS Status | Expires on (month/day/year) |
|---|---|
| ASYLEE | 06.03.2000 |

**FOR INS USE ONLY**

Returned _____

Receipt _____

Resubmitted _____

Reloc Sent _____

Reloc Rec'd _____

Applicant Interviewed _____

## Part 2.  Application Type. *(check one)*

**I am applying for an adjustment to permanent resident status because:**

a. ☐  an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐  my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐  I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry,  or I am the K-2 child of such a fiance(e).  [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☑  I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐  I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐  I am the  husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐  I have continuously resided in the U.S. since before January 1, 1972.

h. ☐  Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

**I am already a permanent resident and am applying to have the date I was granted permanent residence  adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and:** *(Check one)*

i. ☐  I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐  I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**
☑ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**
Belarus

**Eligibility Under Sec. 245**
Approved Visa Petition

As of JUL 2 2 2005 at NSC

Preference I-730

U.S. Department of Homeland Security

**APPROVED**
JUL 2 2 2006
I-485
U.S. Citizenship and Immigration Services

*Continued on back*

**Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG #
ATTY State License #

Form I-485 (Rev. 02/07/00)N Page 1

Mayorov v USA, No. 13 C 5249

USA RFP 000058

**Part 3. Processing Information.**

A. City/Town/Village of Birth: *Minsk, Belarus*  Current Occupation: *Junior High Student*

Your Mother's First Name: *Tatyana*  Your Father's First Name: *None*

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94): *Mayorov, Sergey*

Place of Last Entry Into the U.S. (City/State): *Chicago, IL*

In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)* *ASYLEE*

Were you inspected by a U.S. Immigration Officer? ☒ Yes ☐ No

Nonimmigrant Visa Number: *N/A*  Consulate Where Visa Was Issued: *Moskow, Russia*

Date Visa Was Issued (month/day/year): *N/A*  Sex: ☒ Male ☐ Female  Marital Status: ☐ Married ☒ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife and all your sons and daughters. (If you have none, write "none." If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper. *none*

Form I-485 (Rev. 02/07/00)N Page 2

## Part 3.   Processing Information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper.  Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes ☑ No

   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes ☑ No

   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes ☑ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S?  ☐ Yes ☑ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes ☑ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes ☑ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes ☑ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes ☑ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes ☑ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?  ☐ Yes ☑ No

5. Do you intend to engage in the U.S. in:

   a. espionage?  ☐ Yes ☑ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?  ☐ Yes ☑ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes ☑ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes ☑ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes ☑ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion?  ☐ Yes ☑ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes ☑ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S. or any immigration benefit?  ☐ Yes ☑ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes ☑ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes ☑ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes ☑ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes ☑ No

Mayorov v USA, No. 13 C 5249                    USA RFP 000060

**Part 4.** **Signature.** *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| S. Mayorov | Sergey MAYOROV | 03/17/2003 | 847-674-3755 |

**Please Note:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.*

**Part 5.** **Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| T. Mayorova | TATYANA MAYOROVA | 03/17/2003 | 847-674-3755 |
| Firm Name and Address | TATYANA 9046 Niles Center Rd, Skokie, IL, 60076 | | |

Form I-485 (Rev. 02/07/00)N Pa[





РЕСПУБЛІКА БЕЛАРУСЬ / REPUBLIC OF BELARUS

ПАШПАРТ
PASSPORT

MAYOROV
SERGEY

REPUBLIC OF BELARUS

Departure Number

121612215 07

A 75311733

"ASYLUM STATUS GRANTED PURSUANT
TO SECTION 208 OF THE IMMIGRATION
AND NATIONALITY ACT. VALID TO JUN 03, 2000
"EMPLOYMENT AUTHORIZED"

Immigration and
Naturalization Service

I-94
Departure Record

Port         Date         Officer

CHI-725    JUN 04 1999

14. Family Name
MAYOROV

15. First (Given) Name
SERGEY VITAL'YEVICH

16. Birth Date (Day/Mo/Yr)
15    10    70

17. Country of Citizenship
BELARUS

See Other Side                    STAPLE HERE

Mayorov v USA, No. 13 C 5249                    USA RFP 000062



РЭСПУБЛІКА БЕЛАРУСЬ
REPUBLIC OF BELARUS

РЭСПУБЛІКА БЕЛАРУСЬ / REPUBLIC OF BELARUS

**Warning** - A nonimmigrant who accepts unauthorized employment is subject to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future. You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from immigration authorities, is a violation of the law.

**Surrender this permit when you leave the U.S.:**
 - By sea or air, to the transportation line;
 - Across the Canadian border, to a Canadian Official;
 - Across the Mexican border, to a U.S. Official.
Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrending this permit.

**Record of Changes**

A75311733                WP263565   01

**Departure Record**

Port:

Date:

Carrier:

Flight #/Ship Name:

BIRTH CERTIFICATE

TRANSLATION                    DOCUMENT V-BH #466477

THE FOLLOWING INFORMATION WAS EXTRACTED FROM THE ORIGINAL
BIRTH CERTIFICATE AND REFLECTS THE MOST PERTINENT FACTS OF
THE SAME DOCUMENT WHICH WAS REGISTERED IN THE
    CITY OF: MINSK,

    DISTRICT:

    REGION:

    COUNTRY: BYELORUSSIA

  REGISTERED BOOK #.2104 on NOVEMBER 13, 1990

UNDER SUPERVISION OF CLERK OF REGISTRAR OFFICE OF CIVIL ACTS
AND VITAL STATISTICS

NAME OF CHILD: MAYOROV, SERGEY VITALIYEVICH
SEX: MALE
DATE OF BIRTH: OCTOBER 15, 1990
PARENTS:
NAME OF FATHER: DEDYULYA, VITALIY LEONIDOVICH
NATIONALITY: BYELORUSSIAN
NAME OF MOTHER: MAYOROVA, TATYANA MIKHAILOVNA
NATIONALITY: RUSSIAN
GRANDPARENTS: NOT REGISTERED

WITNESSES: NOT REGISTERED

THIS CERTIFICATE WAS ISSUED ON NOVEMBER 13, 1990 AT THE CITY
OF MINSK, MOSCOVSKIY REGION BY THE REGISTRAR OFFICE OF CIVIL
ACTS AND VITAL STATISTICS.


SEAL              SIGNATURE (NAME of the Clerk)

I, CHRISTINE KYZAK, RESIDING AT 188 WEST RANDOLPH STREET,
CHICAGO, ILLINOIS, DO SOLEMNLY AND SINCERELY DECLARE THAT I
UNDERSTAND THE RUSSIAN AND ENGLISH LANGUAGES; THAT I HAVE
TRULY, DISTINCTLY AND CORRECTLY TRANSLATED FROM RUSSIAN TO
ENGLISH THE CONTENTS OF THIS CERTIFICATE.

TRANSLATOR: Ckecz

"OFFICIAL SEAL"
VERA BERZON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2/28/99

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 6th DAY OF December, 1996
Vera Berzon
VERA BERZON, PUBLIC NOTARY



СВИДЕТЕЛЬСТВО О РОЖДЕНИИ
ПАСВЕДЧАННЕ АБ НАРАДЖЭННІ