Case: 1:13-cv-05249 Document #: 31-12 Filed: 08/18/14 Page 1 of 12 PageID #:374

# EXHIBIT 12
# (Pt. 1 of 2)

# Appendix B

Mayorov v USA, No. 13 C 5249

USA RFP 000200

Physical/Mental: Y or N    Medical Conditions: Y or N    Notes:

FBI# ▓▓▓▓▓▓    Charges: Res Burg

*Logged By:* CWCW    2nd

## SC/DEPORT CENTER PROCESSING SHEET

Date: 12/30/2010    Coverage Area/Time: (Y) / N

Location: Will Co/ Stateville Correctional / Vienna Corr Ctr

Phone: 618-658-8371    Fax: 618-658-3609

Subject Name: Mayorov, Sergey Vitaliyevich    M18346

AKA: Mayorov, Sergey

Alien# 075311733    DOB 10/15/1990    COB Belar

**Mandatory Fields**

Source: (SC) LEA BOP CIS FBNM CAP    Case: (IAR) MAN CALL CDI UPDATE DUPL
Custody: (Y) N / ICE / BOP    File: 862 / 851 / 871 (N/A)

AS8 '05

**REQUIRED CHECKS:**    POS    NEG
1. CIS    ✓
2. CLAIMS    ✓
3. TECS (NN16-QH/QR, SQ11, SQ94)    ✓
4. ENFORCE and/or EARM    ✓
*(Subject Query & Initial Event)*

Detainer Placed: (Y) N    Event #: CDC1103001876
NCIC Level: (1) 2 / 3    Referral: (N/A) / FUGOPS / VCAS / CAP
Immigration Status: ASY  EWI  (LPR)  OVERSTAY  NON-IMM  PAROLEE  REF  UNK  USC
Completed By: Beckman / [signature]
  Print Name       Signature
Reviewing Supervisor: O. Thompson / [signature]
  Print Name       Signature

COMMENTS: Detainer by DiMaggio
In narrative mention convicted for Residential Burglary.
& Issue a Detainer create a new event.

**Required Forms**

| BOP & CIS | CAP PROCESSING | SC & LEA |
|---|---|---|
| 1. Coversheet | 1. Coversheet | 1. Coversheet |
| 2. Memo or I-213 | 2. I-213 | 2. IAQ/IAR Hit |
| 3. Detainer (if applicable) | | 3. Applicable System Checks |
| 4. Fax Confirmation | | 4. Detainer (if applicable) |
| | | 5. Fax Confirmation (if applicable) |
| | | 6. CAP Packet (include #s 3 & 4) |

**CALL**
#s 1, 3 and 4, 5 & 6 (if applicable).

Case: 1:13-cv-05249 Document #: 31-12 Filed: 08/18/14 Page 4 of 12 PageID #:377

****************** TEXT OF MESSAGE **************** PAGE 01 **************
FROM NLETS  ON 12/30/10 AT 01:39:07

IAR.VTICE0924
23:39 12/29/2010 85340
23:39 12/29/2010 67943 ILICE46T0
*4000001112
TXT

             ***  LAW ENFORCEMENT SENSITIVE  ***


  IAQ RECEIVED: 12/30/10 01:27:15 AM
  ORI/ WVFBIID00     ATN/ ORI=IL0998900 CRI=IL099035C    PHN/3046252000
  NAM/ MAYOROV, SERGEY
  DOB/ 19901015   CUS/Y    OFF/0399    PUR/ C    POB/XX    SEX/M
  FBI/ 574009PC8
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG) . PF19(MSG LOG)   PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

```
QUEUE TYPE:    TERMINAL             QUEUE NAME:   D6L3
                                    MSG STATUS:   NACK
******************* TEXT OF MESSAGE ***************   PAGE 02 ***************
ARN/            SOC/              SID/IL60535010
 REM/ USVFIN=1034058709;IDSM=SSCN20103640000001112ENCOUNTER
      INFO EID;LAST;FIRST;MIDDLE;DOB;POB;SEX 1065540123;MAYOROV;SERG
      EY;;19901015;BY;M


**** QUERY MESSAGE TEXT ENDS - L.E.S.C. RESPONSE BEGINS  ****
THIS IS NOT A GOVERNMENT DETAINER!   THIS INFORMATION IS FOR
LAW ENFORCEMENT USE AND IS BEING PROVIDED FOR INFORMATIONAL
PURPOSES ONLY.

****  BASED ON THE INFORMATION PROVIDED *****
THE FOLLOWING I.C.E. RECORD APPEARS TO RELATE:

NAM/ MAYOROV, SERGEY VITALIYEVICH
AKA/ MAYOROV, SERGEY V
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

Mayorov v USA, No. 13 C 5249

USA RFP 000203

```
QUEUE TYPE:    TERMINAL           QUEUE NAME:    D6L3
                                  MSG STATUS:    NACK
******************* TEXT OF MESSAGE ***************   PAGE 03 ***************
AKA/ MAYOROV, SERGIE
AKA/ MAYOROV, SERGI
DOB/ 19901015
POB/ BELAR    -->
ARN/ 075311733
FCO/ NRC
FBI/ ███████
SID/ IL60535010
DOE/ 20050722
SOC/ 343904274
LKA/ 928 HARLEM AVE, GLENVIEW, IL 60025 (COOK COUNTY)

FFN/ VITALIY
MFN/ TATYANA

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG)  PF18=(REROUTE)
USE PF KEYS TO CONTINUE
 (PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)
```

Mayorov v USA, No. 13 C 5249                                    USA RFP 000204

QUEUE TYPE:　TERMINAL　　　　QUEUE NAME:　D6L3
　　　　　　　　　　　　　　　MSG STATUS:　NACK

****************** TEXT OF MESSAGE *************** PAGE 04 ***************
REM/ FIN ▓▓▓▓▓▓▓. CAP-DRO encounter on 07/16/2010 (Event ID:
　　CDC1007002047).

I.C.E. RECORDS INDICATE THAT THIS SUBJECT IS LEGALLY RESIDING
IN THE UNITED STATES AS A PERMANENT RESIDENT AND MAY LIVE
AND WORK IN THE U.S. IF THIS PERSON HAS BEEN CONVICTED FOR
A FELONY OFFENSE, THIS PERSON MAY BE AMENABLE TO REMOVAL
PROCEEDINGS FOR VIOLATIONS OF THE IMMIGRATION ACT.

**************************************
REQUESTING ORI INFORMATION:

AGENCY/ FBI Interop from USVISIT
PHONE/
L.E.S.C. QUERY ID: 07987729　***　LIMITED OFFICIAL USE　***
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
　　　　　　　　　　　　　　PF16(NEXT MSG). PF19(MSG LOG)　PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

Illinois Department of Corrections - Inmate Search    Page 1 of 2



Gladyse C. Tayl
Pat Qui

**Agency Links**
- Director
- IDOC Overview
- IDOC Annual Report
- Notice of Thomson CC Potential Closure
- Tamms Overview and Ten-Point Plan
- Prison Reform Initiatives
- Director's Remarks
- Eligibility Criteria Supervised Electronic Detention
- MGT/SMGT Impact List
- Mission Statement
- Inmate Search
- Sex Registrant Search
- Community Notification of Inmate Early Release
- Facilities
- Visitation Rules
- IDOC News
- Reports & Stats
- Jobs @ IDOC
- Industries
- Victim Services
- Correctional Conferences
- Wanted Fugitives
- Attorney FAQ
- FAQ
- Adult Advisory Board
- Adult Redeploy IL Oversight Board
- RANA Task Force
- Contact Us
- Employee Cost - Savings Suggestion Program
- Employee Benefits Information
- Illinois Department of Juvenile Justice
- IDOC Home

**State Links**
- Government
- Business
- Employment
- Education
- Health & Safety
- Family & Home
- Travel & Recreation
- About Illinois
- Illinois.gov

Search Illinois

Inmate Search 

Press for Printer Friendly Version (no graphics)
CHECK TO INCLUDE PHOTO

**Other Inmate Locators**
Federal Inmate Locator

 

**M18346 - MAYOROV, SERGEY**

| | |
|---|---|
| Parent Institution: | VIENNA CORRECTIONAL CENTER |
| Offender Status: | IN CUSTODY |
| Location: | DIXON SPRINGS BOOT |

Click here to register for notification on any changes to this offender's custody status

### PHYSICAL PROFILE
| | |
|---|---|
| Date of Birth: | 10/15/1990 |
| Weight: | 120 lbs. |
| Hair: | Brown |
| Sex: | Male |
| Height: | 5 ft. 08 in. |
| Race: | Black |
| Eyes: | Hazel |

### MARKS, SCARS, & TATTOOS
NONE RECORDED

### ADMISSION / RELEASE / DISCHARGE INFO
| | |
|---|---|
| Admission Date: | 12/28/2010 |
| Projected Parole Date: | 12/24/2012 |
| Last Paroled Date: | |
| Projected Discharge Date: | 12/24/2014 |

### SENTENCING INFORMATION
| MITTIMUS: | 10CR0776302 |
|---|---|
| CLASS: | 1 |
| COUNT: | 1 |
| OFFENSE: | RESIDENTIAL BURGLARY |
| CUSTODY DATE: | 12/24/2010 |
| SENTENCE: | 4 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

Mayorov v USA, No. 13 C 5249    USA RFP 000206

 [Search Tips]



The information made available on this database service is for the general public and law enforcement to promote the interest of public safety. The best effort has been made to ensure that information published is true and complete, however the information can quickly change. Accordingly, before making any assumption that said information is factual and complete, please send written correspondence to the Illinois Department of Corrections- Public Information Office, 1301 Concordia Court, P.O. Box 19277, Springfield, IL 62794-9277. Please see the Illinois Department of Corrections full disclaimer page for important information.

Copyright © 2002 IDOC    IDOC Privacy Information | Illinois Privacy Information | Kids Privacy | Web Accessibility | IDOC Webmaster

```
CIMIDN              DEPARTMENT OF HOMELAND SECURITY - USCIS        03/08/11
COMMAND:             CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY    19:35:07

ID # (A/AA/AB/C/DA): A075311733       A#: 075311733      DOB: 10151990
    (DL/FB/FP/I/PP/SS/TD)
    LAST: MAYOROV
   FIRST: SERGEY                              NATZ DATE:
  MIDDLE: VITALIYEVICH                            COURT:
 ALIASES:                                      LOCATION:

 SEX: M       POE: CHI    COB: BELAR    DOE: 07222005
 FCO: NRC     COA: AS8    COC: BELAR    FTC: 09132006    FATHER: VITALIY
PFCO: NSC     SFCO:       DFO: 05121997  BIN:            MOTHER: TATYANA

            SSN: 343904274        CONSOLIDATED A-NOS     --OTHER INFORMATION--
I-94 ADM #:                                              EADS-X  CARD-X
PASSPORT #:
     FBI #:
DRIVER LIC:
FINGER CD#:

OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                        PF9 EAD PF11 EOIR
```

Mayorov v USA, No. 13 C 5249

USA RFP 000208

```
CIMDHI    PAGE: 0013 DEPARTMENT OF HOMELAND SECURITY                   01/06/12
COMMAND:            CENTRAL INDEX SYSTEM - STATUS/HISTORY DATA         19:35:14

A#: 075311733 NAME: MAYOROV                    ,SERGEY         DOB: 10151990

                                    REASON/       ID NUMBER/
        ACTION       LOC  ACTION-DATE  ST COURT#  MISC  MISC-DATE  KEYED-DATE
    STATUS CHANGE    NSC  00/00/0000      UN                        07/26/2006
    VISA PACKET      CHI  04/12/2003      PEN           .            04/12/2003
    CLAIMS           LIN  07/22/2005      AS8   I485                07/26/2006




*** END OF HISTORY DISPLAY ***
CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN PF5 HELP PF6 MAIN MENU
```

```
CIMEAD    PAGE 00011  DEPARTMENT OF HOMELAND SECURITY    USCIS    03/08/11
COMMAND:·               CENTRAL INDEX SYSTEM                      19:35:17
                  EMPLOYMENT AUTHORIZATION DOCUMENT (EAD) DATA

A#: 075311733  NAME: MAYOROV           ,SERGEY           DOB: 10151990

FARES #: LIN0516250795      SSN #: 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    COB: BELAR    COA: AS8
WORK STATION ID: 0    OPERATOR ID: LINBATCH   OFFICER ID: LINPSE0

                       ACTION   DENY       START    EXPIRATION PROVISION OF LAW
SEQ#-------TYPE-------  --DATE--  CODE OFF  --DATE--  ---DATE---  --8CFR 274A.12--
 01 INITIAL ISSUANCE    07182005         NSC 07182005  07172006    (A) (05) ( )




    *** END OF EADS DISPLAY ***
CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN   PF5 HELP   PF6 MAIN MENU
```