# EXHIBIT 12
# (Pt. 2 of 2)

```
FSXMINL1                   CLAIMS MAINFRAME SYSTEM                03/08/2021
                           INQUIRY/UPDATE RECEIPT LIST            19:35
                                                                  ACD1066A
     RECEIPT NBR    LAST NAME              FI  FORM   FEE AMT   REC DATE
  1. LIN0516250795  MAYOROV                S   I765             05/03/2005
  2. LIN0315352655  MAYOROV                S   I485   160.00   04/10/2003
  3.
  4.
  5.
  6.
  7.
  8.
  9.
 10.
 11.
 12.
 13.
 14.
 15.
 16.
    TYPE IN SELECTION:

    PF1       PF2       PF3       PF4           PF6         PF8
    PG FWD    PG BACK   CANCEL    PRIOR MENU    MAIN MENU   LOGOFF
```

USA RFP 000211

```
FSXMIAP5                        CLAIMS MAINFRAME SYSTEM                08/08/2013
  .                           ADJUST STATUS UPDATE PROCESSING             19:35
  .                                                                      ACD1066A
    FORM NBR: I485    RCPT NBR: LIN0315352655  REF NBR:         OWNER: LIN
       A-NBR: A0 75311733  APP TYPE: D  RECEIVED DATE: 04/10/2003
        NAME: MAYOROV               SERGEY              VITALIYEVICH
         C/O:
      STREET: 136 GREEN BAY RD              CITY: GLENCOE
       STATE: IL   PROVINCE:                CNTRY:        ZIP/POST: 60022
         DOB: 10151990  COB: BYELA    SOC SEC NBR: 343904274  PRIORITY DT: 04102003
   OCCUPATN: 992                                  MARITAL STATUS: S
  CURR STAT: AS         LAST ENTRY STATUS: AS8        LAST ENTRY PLACE: CHI

  CARD TYPE: 1      TRANSACT CODE: 1     REASON FOR APPL:       SEX: M
  MOTHER'S FIRST NAME: TATYANA           FATHER'S FIRST NAME: VITALIY
    CLS GRNTD: AS8         CR EXPIRES:              ADM/ADJ DATE: 07222005
         POE: LIN                AMC:               I-89 EXEC LOC: LIN
   OTHR FNGPR:            FNGPRNT WVR: N            I-89 EXEC DATE: 09202005
   SIG WAIVR: N           PHOTO WVR: N              VIEW SPONSORS: N
                          VIEW ADDITIONAL I-485 INFORMATION(Y/N): N
       ACTION: MA    CARD PRODUCED
  DC997961 - VIEW MODE
       PF1      PF2     PF3     PF4     PF6      PF7    PF8     PF9    PF10    PF11
    CARD INFO   CIS   CANCEL   BACK  MAIN MENU  CODES  LOGOFF  REMIT   ATTY  STAT HIS
```

Mayorov v USA, No. 13 C 5249                                          USA RFP 000212

```
CIMCARD ·           DEPARTMENT OF HOMELAND SECURITY - USCIS          03/06/13
COMMAND: ·          CENTRAL INDEX SYSTEM - ARR/BC CARD DISPLAY (CARD) 19:35:31
        ·

A#: 075311733  NAME: MAYOROV                    ,SERGEY          DOB: 10151990

                    LEGAL PERMANENT RESIDENT

  CARD NAME: MAYOROV,SERGEY V.                  BIRTHDATE: 10/15/1990
     INS A# 075311733                              CARD# LIN0315352655
  CATEGORY: AS8                       PERMANENT RESIDENT SINCE: 07/22/2005
       SEX: M                                CARD EXPIRES: 07/22/2016
       COB: BELARUS

            C1 USA 075311733 LIN0315352655
            901015  M  160722   153
            MAYOROV<<SERGEY<VITALIYEVICH<<
------------------------------------------------------------------------------

MOTHER'S NAME: TATYANA              FATHER'S NAME: VITALIY
CARD PORT OF ENTRY: LIN


 CLEAR EXIT   PF4 DISPLAY MENU   PF5 HELP   PF6 MAIN MENU   PF7 CARD HISTORY
```

```
FROM NCIC  ON 03/08/11 AT 19:37:00
EL01CQUS0I050000500
ILICE47T5
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/574009PC8. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
  ILLINOIS       - STATE ID/IL60535010
END
```

```
FROM NLETS  ON 03/08/11 AT 19:37:03

CR.ILIII0000
17:37 03/08/2011 11724
17:37 03/08/2011 79505 ILICE47T5
*CQUS0I0500
TXT
HDR/2L01CQUS0I050000500
ATN/OFFICER BECKMAN , JESSICA
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-
FBI/███████
A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    ILLINOIS STATE POLICE
                 CRIMINAL HISTORY RECORD INFORMATION
STATE ID NO.   FBI NO.    CHICAGO IR NO.    DATE REQUESTED
*********************** ILLINOIS STATE POLICE ***********************
                 CRIMINAL HISTORY RECORD INFORMATION
*************************** STATE USE ONLY **************************
----------------------------------------------------------------------
DATE: 03/08/2011 * ORI: IL0998900
----------------------------------------------------------------------
ILLINOIS STATE POLICE
BUREAU OF IDENTIFICATION
260 NORTH CHICAGO STREET
JOLIET, IL 60432-4075
======================================================================
=====
CRIMINAL HISTORY OF MAYOROV, SERGEY     (LAST KNOWN NAME)
======================================================================
STATE IDENTIFICATION NUMBER: IL60535010
CONVICTION STATUS: FELONY CONVICTION(S)
CUSTODIAL STATUS: RECEIVED * DATE: 12/28/2010

JUVENILE DATA
----------------------------------------------------------------------
INFORMAL ADJUSTMENT: 0 * FORMAL ADJUSTMENT: 1 * PROBATION ADJUSTMENT: 0

ALIAS NAME(S)
----------------------------------------------------------------------
MAYOROV, SERGEY
MAYOROV, SERGEY V
MAYOROV, SERGEY VITALEVICH
MAYOROV, SERGI
MAYOROV, SERGIE
SERGEI, SERGIE OR

DATE OF BIRTH
----------------------------------------------------------------------
10/15/1990

======================================================================
END OF PART 001 - PART 002
```

```
FROM NLETS  ON 03/08/11 AT 19:37:03

CR.ILIII0000
17:37 03/08/2011 11725
17:37 03/08/2011 79506 ILICE47T5
*CQUS0I0500
TXT
```

```
HDR/2L01CQUS0I050000500
ATN/OFFICER BECKMAN , JESSICA
PART 002
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-
FBI/
```

```
                        SUBJECT IDENTIFICATION DATA
===============================================================================
FBI#: 574009PC8 * CHICAGO IR#:
SEX: MALE
RACE: BLACK / WHITE
HEIGHT: 508 * DATE REPORTED: 12/28/2010
WEIGHT: 135 * DATE REPORTED: 12/28/2010
EYES: BROWN / GREEN / HAZEL
HAIR: BROWN
SKIN: LIGHT
SCARS/MARKS/TATTOOS:
PLACE OF BIRTH: RUSSIA / UNKNOWN
DRIVERS LICENSE NUMBERS * DL STATE:
   M61079890294 * IL
SOCIAL SECURITY NUMBERS:
   343904274
MISCELLANEOUS NUMBERS ? NUMBER CODE -- ID NUMBER ?:
PALM PRINT AVAILABLE ORGANIZATIONS:
PHOTO AVAILABLEOTO AVAILABLE ORGANIZATIONS:
   DOC CORRECTIONAL CENTER STATEVILLE
   WINNETKA POLICE DEPARTMENT
IDOC#:
   M18346
FOID#:
INS#:
OCCUPATION * DATE REPORTED:
   WINDOW WASHER * 03/20/2010
EMPLOYER * DATE REPORTED:


BASIS FOR CAUTION * DATE REPORTED:
   *


===============================================================================
                        CRIMINAL HISTORY DATA
===============================================================================


***************************** CUSTODIAL ***************************************
DCN: L42697175 * DATE RECEIVED: 12/28/2010
NAME: MAYOROV, SERGEY * DATE OF BIRTH: 10/15/1990
   RESIDENCE:

SUBJECT INSTITUTION NUMBER: M18346 * PHOTO AVAILABLE: YES
CONFINING AGENCY: DOC CORRECTIONAL CENTER STATEVILLE * NCIC: IL099035C
AGENCY RECEIVED FROM: DOC CORRECTIONAL CENTER STATEVILLE * NCIC: IL0990

CUSTODIAL CHARGES
END OF PART 002 - PART 003
```

```
FROM NLETS  ON 03/08/11 AT 19:37:03

CR.ILIII0000
17:37 03/08/2011 11726
17:37 03/08/2011 79507 ILICE47T5
*CQUS0I0500
TXT
HDR/2L01CQUS0I050000500
ATN/OFFICER BECKMAN , JESSICA
PART 003
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-
FBI/574009PC8
```

Mayorov v USA, No. 13 C 5249    USA RFP 000215

```
COUNT: 1
   STATUTE CITATION: 720 ILCS 5.0/19-3-A
   LITERAL DESCRIPTION: RESIDENTIAL BURGLARY
   INCHOATE CODE: O
   CLASS: 1
   CASE NUMBER:
   DISPOSITION:
   ** SENTENCES **
   STATUS: CONCURRENT
       SENTENCE: 4 YEAR(S) IMPRISONMENT-DOC
       FINE AMOUNT:
       DATE: 12/27/2010

CUSTODIAL STATUS * STATUS DATE * AGENCY NAME
------------------------------------------------------------------
RECEIVED * 12/28/2010 * DOC CORRECTIONAL CENTER STATEVILLE

******************************** AR********* ARREST *************************
*****
DCN: G17825992 * DATE OF ARREST: 03/19/2010
NAME: MAYOROV, SERGEYVITALEVICH * DATE OF BIRTH: 10/15/1990

ALIAS NAME(S) * ALIAS DATE OF BIRTH
------------------------------------------------------------------
SERGEI, SERGIE OR  *

RESIDENCE:
    928 HARLEM AVENUE
    GLENVIEW, IL 60025
ARRESTING AGENCY: WINNETKA POLICE DEPARTMENT * NCIC: IL0163C00
AGENCY CASE NUMBER: 2010-00687 * OFFICER BADGE NUMBER:
PHOTO AVAILABLE: NO

ARREST CHARGES
------------------------------------------------------------------
COUNT: 1
   STATUTE CITATION: 720 ILCS 5.0/19-3-A
   LITERAL DESCRIPTION: RESIDENTIAL BURGLARY
   INCHOATE CODE: O
   CLASS: 1
   ARREST TYPE:  * DATE OF OFFENSE: 03/19/2010

STATES ATTORNEY SECTION
------------------------------------------------------------------
END OF PART 003 - PART 004

FROM NLETS  ON 03/08/11 AT 19:37:03

CR.ILIII0000
17:37 03/08/2011 11727
17:37 03/08/2011 79508 ILICE47T5
*CQUS0I0500
TXT
HDR/2L01CQUS0I050000500
ATN/OFFICER BECKMAN , JESSICA
PART 004
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-
FBI/

FILING DECISION: DIRECT FILED WITH COURT * DECISION DATE: 03/19/2010
COUNT: 1
   STATUTE CITATION: 720 ILCS 5.0/19-3-A
   LITERAL DSCRIPTION: RESIDENTIAL BURGLARY
   INCHOATE CODE: O
   CLASS: 1
   AGENCY NAME: COOK COUNTY STATE'S ATTORNEY * NCIC: IL016013A

COURT CHARGES DISPOSITION
------------------------------------------------------------------
COUNT: 1
   STATUTE CITATION: 720 ILCS 5.0/19-3-A
   LITERAL DESCRIPTION: RESIDENTIAL BURGLARY
   INCHOATE CODE: O
   CLASS: 1
   DISPOSITION: DISMISS/SUPERCEDED * DISPOSITION DATE: 05/18/2010
   CASE NUMBER: 2010200102R: 201020010230
   AGENCY NAME: COOK COUNTY CIRCUIT COURT * NCIC: IL016025J
COUNT: 1
   STATUTE CITATION: 720 ILCS 5.0/19-3-A
   LITERAL DESCRIPTION: RESIDENTIAL BURGLARY
   INCHOATE CODE: O
   CLASS: 1
```

```
       DISPOSITION: GUILTY * DISPOSITION DATE: 12/27/2010
       CASE NUMBER: 2010CR077630
       AGENCY NAME: COOK COUNTY CIRCUIT COURT * NCIC: IL016025J
    COUNT: 1
       STATUTE CITATION: 720 ILCS 5.0/19-3-A
       LITERAL DESCRIPTION: RESIDENTIAL BURGLARY
       INCHOATE CODE: O
       CLASS: 1
       DISPOSITION: WARRANT QUASHED * DISPOSITION DATE: 12/27/2010
       CASE NUMBER: 2010CR077630
       AGENCY NAME: COOK COUNTY CIRCUIT COURT * NCIC: IL016025J


    ************************ JUVENILE ARREST *************************
    DCN: L31638786 * DATE OF ARREST: 09/15/2006
    NAME: MAYOROV, SERGIE * DATE OF BIRTH: 10/15/1990

    RESIDENCE:
       3513 LAKE
       WILMETTE, IL 60091
    END OF PART 004 - PART 005




       FROM NLETS   ON 03/08/11 AT 19:37:03

    CR.ILIII0000
    17:37 03/08/2011 11728
    17:37 03/08/2011 79509 ILICE47T5
    *CQUS0I0500
    TXT
    HDR/2L01CQUS0I050000500
    ATN/OFFICER BECKMAN , JESSICA
    PART 005
    THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-
    FBI/574009PC8

    ARRESTING AGENCY: WINNETKA POLICE DEPARTMENT * NCIC: IL0163C00
    AGENCY CASE NUMBER: 0607276J * OFFICER BADGE NUMBER: 418
    PHOTO AVAILABLE: YES
    INDICTMENT NUMBER: 0607276J
    +++ PETITION/REFERRAL TO COURT

    ARREST CHARGES
    ------------------------------------------------------------------
    COUNT: 1
       STATUTE CITATION: 720 ILCS 550.0/5-A
       LITERAL DESCRIPTION: MANF/DEL CANNABIS < 2.5 GRAMS
       INCHOATE CODE: O
       CLASS: Z
       ARREST TYPE: ON-VIEW ARREST * DATE OF OFFENSE: 09/15/2006

    JUVENILE SECTION
    ------------------------------------------------------------------
    ----
    ADJUSTMENT DECISION:
    DECISION DATE: 09/15/2006
    ADJUSTING AGENCY: WINNETKA POLICE DEPARTMENT
    NCIC: IL0163C00

    ************************ JUVENILE ARREST *************************
    DCN: L24308116 * DATE OF ARREST: 06/20/2006
    NAME: MAYOROV, SERGI * DATE OF BIRTH: 10/15/1990

    RESIDENCE:
       3513 LAKE
       WILMETTE, IL 60091
    ARRESTING AGENCY: WILMETTE POLICE DEPARTMENT * NCIC: IL0162C00
    AGENCY CASE NUMBER: 06-04531 * OFFICER BADGE NUMBER: 535
    PHOTO AVAILABLE: NO

    ARREST CHARGES
    ------------------------------------------------------------------
    COUNT: 1
       STATUTE CITATION: 720 ILCS 5.0/16-1-A-1-C
       LITERAL DESCRIPTION: THEFT
       INCHOATE CODE: O
       CLASS: A
       ARREST TYPE: ON-VIEW ARREST * DATE OF OFFENSE: 12/01/2005

    JUVENILE SECTION
    ------------------------------------------------------------------
```

```
FROM NLETS  ON 03/08/11 AT 19:37:03

CR.ILIII0000
17:37 03/08/2011 11729
17:37 03/08/2011 79510 ILICE47T5
*CQUS0I0500
TXT
HDR/2L01CQUS0I050000500
ATN/OFFICER BECKMAN , JESSICA
PART 006
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-
FBI/

ADJUSTMENT DECISION: FORMAL STATION ADJUSTMENT
DECISION DATE: 06/20/2006
ADJUSTING AGENCY: WILMETTE POLICE DEPARTMENT
NCIC: IL0162C00

============================ END OF RECORD ============================

============================ STATE USE ONLY ============================
------------------------------------------------------------------------
END OF RECORD
```

# Record of Deportable/Inadmissible Alien

**U.S. Department of Homeland Security**
**Subject ID :** 305448155

| Field | Value |
|---|---|
| Family Name (CAPS) | MAYOROV, Sergey Vitaliyevich |
| First | |
| Middle | |
| Sex | M |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | BELARUS |
| Passport Number and Country of Issue | |
| Case No: | CDC1103001876 |
| File Number | A075311733 |
| Height | |
| Weight | |
| Occupation | |
| U.S. Address | |
| Scars and Marks | |
| Date, Place, Time, and Manner of Last Entry | Unknown Date, Unknown Time |
| Passenger Boarded at | |
| F.B.I. Number | (redacted) |
| Marital Status | Single |
| Number, Street, City, Province (State) and Country of Permanent Residence | |
| Method of Location/Apprehension | |
| Date of Birth | 10/15/1990 |
| Age | 20 |
| Date of Action | |
| Location Code | CHI/CDC |
| At/Near | |
| Date/Hour | |
| City, Province (State) and Country of Birth | BELARUS |
| AR | X |
| Form : (Type and No.) | |
| By | |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | |
| Status When Found | |
| Date Visa Issued | |
| Social Security Number | 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 |
| Length of Time Illegally in U.S. | |
| Immigration Record | POSITIVE - See Narrative |
| Criminal Record | None Known |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | |
| Systems Checks | |
| Charge Code Words(s) | |

**Narrative**

NCIC Level 1

Record of Deportable/Excludable Alien:
IDOC: M18346
FINS (redacted)

Subject was queried by Stateville on 12/30/2010 and is in custody at the Vienna Corr Ctr with a 4 year sentence for Res. Burglary (eligible for parole 12/24/2012, PRD 12/24/2014). Subject is a LPR (AS8) since 2005 but was determined removable due to this conviction. Most recent encounter/event for this subject was created BEFORE this conviction was made. Detainer placed by IEA DiMaggio and faxed to Vienna Records at 618-658-3609

Disposition: Detainer

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security     Immigration Detainer - Notice of Action

| | | |
|---|---|---|
| Subject ID: 305448155<br>Event #: CDC1103001876 | IDOC: M18346 | File No: A075 311 733<br>Date: March 16, 2011 |
| TO: (Name and Title of Institution)<br>VIENNA CORRECTIONAL CENTER<br>6695 STATE ROUTE #146 EAST<br>VIENNA, IL 62995 | | FROM: (Office Address)<br>DRO - Chicago, IL Chicago Deport Center<br>U.S. IMMIGRATION & CUSTOMS ENFORCEMENT<br>DRO - Chicago, IL Chicago Deport Center<br>CHICAGO, IL 60605 |

Name of Alien: MAYOROV, Sergey Vitaliyevich

Date of Birth: 10/15/1990    Nationality: BELARUS    Sex: M

State Criminal Number : IL60535010

**You are advised that the action noted below has been taken by the U.S. Department of Homeland Security concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____.
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____.
(Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Under Federal regulation 8 CFR § 287.7, DHS requests that you maintain custody of this individual for a period not to exceed 48 hours (excluding Saturdays, Sundays, and Federal holidays) to provide adequate time for DHS to assume custody of the alien. Please notify this Office at least 30 days prior to this inmate's release by calling __708-449-2495__ during business hours or __800-X-SECTOR__ after hours in an emergency.
(Area code and phone number)

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.

   ☐ A self-addressed stamped envelope is enclosed for your convenience.

☒ Please return a signed copy via facsimile to __312-356-4708__
(Area code and facsimile number)

    Return fax to the attention of __GIUSEPPE DIMAGGIO__, at __312-347-2447__
(Name of officer handling case)    (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Office on _____.

__GIUSEPPE DIMAGGIO__     __Immigration Enforcement Agent__
(Signature of DHS Officer)             (Title of DHS Officer)

Receipt acknowledged:

Date of last conviction: _____    Latest conviction charge: _____

Estimated release date: _____

Signature and title of official: _____

DHS Form I-247 (08/10)

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    4738
RECIPIENT ADDRESS           16186583609
DESTINATION ID
ST. TIME                    03/16 20:56
TIME USE                    00'51
PAGES SENT                  1
RESULT                      OK
```

**U.S. Department of Homeland Security**  **Immigration Detainer - Notice of Action**

| | | |
|---|---|---|
| Subject ID: 305448155<br>Event #: CDC1103001876 | IDOC: M18346 | File No: A075 311 733<br>Date: March 16, 2011 |

TO: (Name and Title of Institution)
VIENNA CORRECTIONAL CENTER
6695 STATE ROUTE #146 EAST
VIENNA, IL 62995

FROM: (Office Address)
DRO - Chicago, IL Chicago Deport Center
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
DRO - Chicago, IL Chicago Deport Center
CHICAGO, IL 60605

Name of Alien: MAYOROV, Sergey Vitaliyevich
Date of Birth: 10/15/1990    Nationality: BELARUS    Sex: M
State Criminal Number: IL60535010

**You are advised that the action noted below has been taken by the U.S. Department of Homeland Security concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
    (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
    (Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**
Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Under Federal regulation 8 CFR § 287.7, DHS requests that you maintain custody of this individual for a period not to exceed 48 hours (excluding Saturdays, Sundays, and Federal holidays) to provide adequate time for DHS to assume custody of the alien. Please notify this Office at least 30 days prior to this inmate's release by calling __708-449-2495__ during business hours or
__800-X-SECTOR__ after hours in an emergency.
(Area code and phone number)                     (Area code and phone number)

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.

☐ A self-addressed stamped envelope is enclosed for your convenience.

☒ Please return a signed copy via facsimile to __312-356-4708__
   (Area code and facsimile number)

**Arrest Summary Page**                                                                 Page 1 of 1

**Chicago Police Department**                                              **Arrest Summary Page**

CB No.: [ 017825992 ]   Arrest Date: 19-Mar-2010 09:30   IR No.: 2044905

**Offender Demographics**

| | | |
|---|---|---|
| Name MAYOROV, Sergey VITALEVICHSER | Alias , Sergei, Sergie Or Serge | NickName RUSH |
| SSN 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 | Driver License No. M61079890294 | State IL |
| Birth Date 15-OCT-1990 | Age 19 | Birth Place Russia |
| Sex Male | Race White | Height 508 | Weight 135 |
| Hair Color Brown | Hair Style Short | Eye Color Hazel | Complexion Light |

Scars/Marks

**Arrest Charges**

| No. | Statute | Description | Offense | Charge Class / Type | Inchoate code | Warrant No. | Type | County | Docket No. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 720 ILCS 5.0/19-3-A | Burglary - Residential | 1120000 | 1 / F | O | | | | |

**Court Charges and Dispositions**

| No. | Charge - Description | Disposition | Disposition Date | Charge Class / Type | Convicted? | Sentence Date | Sentence |
|---|---|---|---|---|---|---|---|
| 001 | 720-5/19-3-A-Burglary - Residential | SUPERCEDED BY INDICTMENT | 18-MAY-2010 | | No | | |
| 001 | 720-5/19-3(A)-Residential Burglary | SENTENCED/ILLINOIS DEPARTMENT OF CORRECTIONS | 27-DEC-2010 | | Yes | 27-DEC-2010 | Doc 004 Y 00 M 000 D |
| 001 | 720-5/19-3(A)-Residential Burglary | ARREST WARRANT - RECALLED AND QUASHED | 27-DEC-2010 | | No | | |

**Mugshot**

 

User:ILICE46AAT

Mayorov v USA, No. 13 C 5249                                                      USA RFP 000222