# EXHIBIT 13

**EARM**

Logged In: ▮

Person ID: 8664352  Sex: M  DOB: 10/15/1990  Current Age: 23  COB: BELAR  COC: BELAR
Subject ID: 284947918  Processing Disposition: Not in Custody  RCA Look-Up
No Case associated with this encounter

**Current / Active Alerts**



## Mayorov, Sergey Vitaliyevich 075 311 733

### Person Details

| | | |
|---|---|---|
| Person ID: 8664352 | Date of Birth: 10/15/1990 | Controlling A-Number: 075 311 733 |
| Last Name: MAYOROV | Current Age: 23 | Additional A-Numbers: |
| First Name: SERGEY | Country of Birth (COB): BELARUS | FINS: |
| Middle Name: VITALIYEVICH | City of Birth: N/A | BOP#/USM: N/A |
| Sex: M | Country of Citizenship (COC): BELARUS | FBI#: N/A |
| Marital Status: Single | | SSN: N/A |
| Religion: N/A | | |
| Aggravated Felon Status: N - Not an Aggravated Felon | | |

### Person Comments
N/A

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release 5.4

EARM View Encounter Summary      Page 1 of 1

**EARM**

Logged In: ▓▓▓▓▓▓▓

Person ID: 8664352   Sex: M   DOB: 10/15/1990   Current Age: 23   COB: BELAR   COC: BELAR
Subject ID : 284947918   Processing Disposition: Not In Custody   RCA Look-Up
No Case associated with this encounter

Current / Active Alerts



## Mayorov, Sergey Vitaliyevich 075 311 733

## Encounter Details

### Encounters linked to Person ID: 8664352

| | Subject ID | A-Number | Last Name | First Name | COB | DOB | Encountered On | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 284947918 | 075311733 | MAYOROV | SERGEY | BELAR | 10/15/1990 | 07/16/2010 | | | Unlink |
| ○ | 305448155 | 075311733 | MAYOROV | SERGEY | BELAR | 10/15/1990 | 03/16/2011 | | | Unlink |

### Encounter Details All information below may only be edited in EABM

#### Event / Incident Information

Event Number: ▓▓▓▓▓▓▓
Event Occurred On: 07/16/2010
Event Type: ERO Criminal Alien Program

Operation: Secure Community
Site: CDC
Landmark: N/A

Primary Agent: BLAKE STANTON
Assigned On: 07/16/2010
Event Supervisor: ▓▓▓ RAMOS
Assigned On: 07/16/2010

#### Subject Information

FINS: N/A
A-Number: 075 311 733
Control Name: MAYOROV
First Name: SERGEY
Middle Name: VITALIYEVICH
Maiden: N/A
Nickname: N/A
Living?: Y
Sex: M
Marital Status: Single
SSN: ▓▓▓▓▓▓▓
Juvenile Verified: N
Occupation: WINDOW WASHER

Criminal Type: S
Agg Felon: N - Not an Aggravated Felon
Primary Citizenship: BELARUS
Hair: BRO
Eyes: HAZ
Complexion: LGT
Race: W
Origin: N
Date of Birth: 10/15/1990
Age: 23
Age at Encounter: 19
Height: 68
Weight: 130

Role: P
Role Comment: COOK COUNTY PROBATION QUERY
Processing Disposition: Not In Custody
INS Status: Deportable
POE: N/A
Entry Date: N/A
Entry Class: N/A
Apprehension Date: N/A
Apprehension Location: N/A

#### I-213 Narrative    N/A

---

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) | Release 5.4

ICE000254

https://earm.ice.dhs.gov/earm/showEncounter.do     4/10/2014

**EARM**

Logged In:

Person ID: 8664352  Sex: M  DOB: 10/15/1990  Current Age: 23  COB: BELAR  COC: BELAR
Subject ID: 305448155  Processing Disposition: Detainer  RCA Look-Up
No Case associated with this encounter

Current / Active Alerts



## Mayorov, Sergey Vitaliyevich 075 311 733

## Encounter Details

| Encounters linked to Person ID: 8664352 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subject ID | A-Number | Last Name | First Name | COB | DOB | Encountered On | Case | Case Category | |
| 305448155 | 075311733 | MAYOROV | SERGEY | BELAR | 10/15/1990 | 03/16/2011 | | | Unlink |
| 284947918 | 075311733 | MAYOROV | SERGEY | BELAR | 10/15/1990 | 07/16/2010 | | | Unlink |

**Encounter Details** All information below may only be edited in EABM

### Event / Incident Information

Event Number:
Event Occurred On: 12/30/2010
Event Type: ERO Criminal Alien Program

Operation: Secure Community
Site: CDC
Landmark: STATEVILLE

Primary Agent: JESSICA BECKMAN
Assigned On: 03/16/2011
Event Supervisor: KAUFFMAN
Assigned On: 03/16/2011

### Subject Information

FINS: N/A
A-Number: 075 311 733
Control Name: MAYOROV
First Name: SERGEY
Middle Name: VITALIYEVICH
Maiden: N/A
Nickname: N/A
Living?: Y
Sex: M
Marital Status: Single
SSN:
Juvenile Verified: N
Occupation: N/A

Criminal Type: SI
Agg Felon: N - Not an Aggravated Felon
Primary Citizenship: BELARUS
Hair: BLK
Eyes: BRO
Complexion: MED
Race: W
Origin: H
Date of Birth: 10/15/1990
Age: 23
Age at Encounter: 20
Height: N/A
Weight: N/A

Role: P
Role Comment: IDOC CUSTODY- BURGLARY
Processing Disposition: Detainer
INS Status: Deportable
POE: N/A
Entry Date: N/A
Entry Class: N/A
Apprehension Date: N/A
Apprehension Location: N/A

**I-213 Narrative**  *****UPDATE 11-28-2011****** Detainer lifted per SIEA Wright, Sean, Subject derived USC. IDOC: M18346 FINS ____ Subject was queried by Stateville on 12/30/2010 and is in custody at the Vienna Corr Ctr with a 4 year sentence for Res. Burglary (eligible for parole 12/24/2012, PRD 12/24/2014). Subject is a LPR (AS8) since 2005 but was determined removable due to this conviction. Most recent encounter/event for this subject was created BEFORE this conviction was made. Detainer placed by IEA DiMaggio and faxed to Vienna Records at 618-658-3609

---

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |
Release 5.4

ICE000255

https://earm.ice.dhs.gov/earm/showEncounter.do                    4/10/2014

Mayorov Apr 21, 2104 -- p0239

**EARM**

Logged In: ██████

Person ID: 8664352  Sex: M  DOB: 10/15/1990  Current Age: 23  COB: BELAR  COC: BELAR
Subject ID: 305448155  Processing Disposition: Detainer  RCA Look-Up
No Case associated with this encounter

Current / Active Alerts



## Mayorov, Sergey Vitaliyevich 075 311 733

### Supporting Info - Detainers

**Detainer Details**

**Basic Record Data**

| | |
|---|---|
| Associated to Encounter: | 305448155 |
| Date Entered: | 03/16/2011 |
| Entered By: | ██████ |
| Last Updated On: | 11/28/2011 |
| Last Updated By: | ██████ |

**General Detainer Information**

| | |
|---|---|
| Active?: | No |
| Date Detainer Placed: | 03/16/2011 |
| Date Detainer Lifted: | N/A |
| Lift Code: | N/A |
| Agency / Type / Name: | DRO - Chicago, IL Chicago Deport Center |
| Preparing Officer: | ██████ |
| BOP # / USM.": | N/A |
| State ID: | N/A |
| Inmate # Type: | N/A |
| Inmate #: | N/A |

**Holding Facility Information**

| | |
|---|---|
| Detainer Holding Facility: | STATEVILLE CORRECTIONS |
| Other Holding Facility: | N/A |
| Facility Type: | N/A |
| Address 1: | N/A |
| Address 2: | N/A |
| Address 3: | N/A |

**IRP / IHP Information**

| | |
|---|---|
| Detention Location an IRP Site?: | No |
| Date A-File Requested: | N/A |
| Date A-File Received: | N/A |
| Date of Interview: | N/A |
| Date Reviewed for Legal Sufficiency: | N/A |
| Date Sentenced: | N/A |
| Time Sentenced: | N/A |
| Unit of Time: | N/A |

**Comments / Early Release Explanation**
N/A

**Actions & Instructions (Detainer Information Form I-247)**
THE U.S. DEPARTMENT OF HOMELAND SECURITY (DHS) HAS TAKEN THE FOLLOWING ACTION RELATED TO THE PERSON IDENTIFIED ABOVE, CURRENTLY IN YOUR CUSTODY:

This action does not limit your discretion to make decisions related to this person's custody classification, work, quarter assignments or other matters. DHS discourages dismissing criminal charges based on the existence of a detainer.
IT IS REQUESTED THAT YOU:
☑ Provide a copy to the subject of this detainer.

United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) |
Release 5.4

ICE000256

https://earm.ice.dhs.gov/earm/earm/people/encounter/viewDetainer.do?detainerId=6742644    4/10/2014

Mayorov Apr 21, 2104 -- p0240