# EXHIBIT 14



THE UNITED STATES OF AMERICA

CERTIFICATE OF NATURALIZATION

No. 30552094

INS Registration No. A075260315

Personal description of holder as of date of naturalization:

Date of birth: DECEMBER 21, 1957

Sex: FEMALE

Height: 5 feet 4 inches

Marital status: DIVORCED

Country of former nationality: BELARUS

TANYA MAY

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

_____
(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: CHICAGO, ILLINOIS

The Secretary having found that:

TANYA MIKHAELA MAY

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

U.S. DISTRICT COURT-NORTHERN DISTRICT IL.

at: CHICAGO, ILLINOIS

on: MARCH 22, 2007

that such person is admitted as a citizen of the United States of America.

_____
Director, U.S. Citizenship and Immigration Services

FORM N-550 REV. 4/04

DEPARTMENT OF HOMELAND SECURITY

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

Mayorov Apr 21, 2104 -- p0001

OMB No. 1615-0052

**Department of Homeland Security**
U.S Citizenship and Immigration Services

**N-400 Application for Naturalization**

Print clearly or type your answers using **CAPITAL** letters. **Failure to print clearly may delay your application. Use black ink.**

| Part 1. Your Name. *(The Person Applying for Naturalization)* | Write your USCIS "A"- number here: |
|---|---|
| | A 075 260 315 |

**A. Your current legal name.**

Family Name *(Last Name)*

MAYOROVA

Given Name *(First Name)*

TATYANA

Full Middle Name *(If applicable)*

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name *(Last Name)*

MAYOROVA

Given Name *(First Name)*

TATYANA

Full Middle Name *(If applicable)*

**C. If you have ever used other names, provide them below.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| none | none | |
| | | |
| | | |

**D. Name change** *(optional)*

Please read the Instructions before you decide whether to change your name.

**1.** Would you like to legally change your name? ■ Yes ☐ No

**2.** If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

MAY

Given Name *(First Name)*

TANYA

Full Middle Name

Mikhaela

**For USCIS Use Only**

| Bar Code | Date Stamp |
|---|---|
| | DEC 0 4 2006 |

Remarks

no
Prydn
No Cert
12-4-06
Mayorova is maiden
name. Applicant kept
maiden name after
marriage + divorce.

Action Block

U.S. Department of Homeland Security
★ ★ **APPROVED** ★ ★
★ MAR 0 5 2007 ★
★ ★
★ 001380 ★
U.S. Citizenship and Immigration Services

| Part 2. Information About Your Eligibility. *(Check Only One)* |
|---|

I am at least 18 years old AND

**A.** ■ I have been a Lawful Permanent Resident of the United States for at least five years.

**B.** ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, **and** my spouse has been a U.S. citizen for the last three years.

**C.** ☐ I am applying on the basis of qualifying military service.

**D.** ☐ Other *(Please explain)* _____

Form N-400 (Rev. 10/26/05)Y

## Part 3. Information About You.

Write your USCIS "A"- number here:
A 075 260 315

**A.** U.S. Social Security Number
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

**B.** Date of Birth *(mm/dd/yyyy)*
12/21/1957

**C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*
01/11/01

**D.** Country of Birth
BelARUS

**E.** Country of Nationality
BelARUS

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☐ Yes   ☒ No

**G.** What is your current marital status?   ☐ Single, Never Married   ☐ Married   ☒ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)*

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☒ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☒ No

If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

## Part 4. Addresses and Telephone Numbers.

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*
2351 LAKE Ave

Apartment Number
# 3

City
Wilmette

County
Cook

State
IL

ZIP Code
60091

Country
USA

**B.** Care of
SAMe

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

City

State

ZIP Code

Country

**C.** Daytime Phone Number *(If any)*
(847) 920-9484

Evening Phone Number *(If any)*
(847) 920-9484

E-mail Address *(If any)*
FROSYA9@HOTMAIL.COM

## Part 5. Information for Criminal Records Search.

Write your USCIS "A"- number here:
A 075 260 315

**NOTE:** The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☐ Male  ☒ Female

**B. Height**

5 Feet 4 Inches

**C. Weight**

140 Pounds

**D. Are you Hispanic or Latino?**

☐ Yes  ☒ No

**E. Race** *(Select one or more.)*

☒ White  ☐ Asian  ☐ Black or African American  ☐ American Indian or Alaskan Native  ☐ Native Hawaiian or Other Pacific Islander

**F. Hair color**

☐ Black  ☐ Brown  ☒ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

**G. Eye color**

☒ Brown  ☐ Blue  ☐ Green  ☐ Hazel  ☐ Gray  ☐ Black  ☐ Pink  ☐ Maroon  ☐ Other

## Part 6. Information About Your Residence and Employment.

**A.** Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 10/01/06 | Present |
| 136 Green Bay Rd, Glencoe, IL 60091 | 07/01/2003 | 09/30/06 |
| 9641 Niles Center Rd., Skokie, IL 60076 | 06/01/2000 | 06/30/2003 |
| | | |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm/dd/yyyy)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| Geltco, inc | 200 Milwaukee Ave Buffalo Grove, IL 60089 | 10/01/2005 | Present | accountant |
| Carson Pirie Scott | 3232 Lake ave Wilmette, IL 60091 | 06/15/1998 | 09/30/05 | Sales person |
| | | | | |
| | | | | |
| | | | | |

**Part 7. Time Outside the United States.**
*(Including Trips to Canada, Mexico and the Caribbean Islands)*

Write your USCIS "A"- number here:
A 075 260 315

**A.** How many total days did you spend outside of the United States during the past five years?  0  days

**B.** How many trips of 24 hours or more have you taken outside of the United States during the past five years?  0  trips

**C.** List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States *(mm/dd/yyyy)* | Date You Returned to the United States *(mm/dd/yyyy)* | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History.**

**A.** How many times have you been married (including annulled marriages)?  1  If you have **never** been married, go to Part 9.

**B.** If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

**2.** Date of Birth *(mm/dd/yyyy)*

**3.** Date of Marriage *(mm/dd/yyyy)*

**4.** Spouse's U.S. Social Security #

**5.** Home Address - Street Number and Name

Apartment Number

City

State

Zip Code

| Part 8. Information About Your Marital History. *(Continued)* | Write your USCIS "A"- number here: |
|---|---|
| | A *075 260 315* |

**C.** Is your spouse a U.S. citizen?  ☐ Yes  ☐ No

**D.** If your spouse is a U.S. citizen, give the following information:

   **1.** When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

   If "Other," give the following information:

   **2.** Date your spouse became a U.S. citizen

   **3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

             City and State

**E.** If your spouse is **not** a U.S. citizen, give the following information :

   **1.** Spouse's Country of Citizenship

   **2.** Spouse's USCIS "A"- Number *(If applicable)*  A

   **3.** Spouse's Immigration Status

   ☐ Lawful Permanent Resident  ☐ Other

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

   **1.** Prior Spouse's Family Name *(Last Name)*  Given Name *(First Name)*  Full Middle Name *(If applicable)*

   *Dedyulya*  *Vitaliy*

   **2.** Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☒ Other

   **3.** Date of Marriage *(mm/dd/yyyy)*  *03.07.87*

   **4.** Date Marriage Ended *(mm/dd/yyyy)*  *03.01.1994*

   **5.** How Marriage Ended
   ☒ Divorce  ☐ Spouse Died  ☐ Other

**G.** How many times has your current spouse been married (including annulled marriages)?

   If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage.
   If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

   **1.** Prior Spouse's Family Name *(Last Name)*  Given Name *(First Name)*  Full Middle Name *(If applicable)*

   **2.** Prior Spouse's Immigration Status
   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other

   **3.** Date of Marriage *(mm/dd/yyyy)*

   **4.** Date Marriage Ended *(mm/dd/yyyy)*

   **5.** How Marriage Ended
   ☐ Divorce  ☐ Spouse Died  ☐ Other

**Part 9. Information About Your Children.**

Write your USCIS "A"- number here:
A 075 260 315

**A.** How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

*1*

**B.** Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of Son or Daughter | Date of Birth (mm/dd/yyyy) | USCIS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State and Country) |
|---|---|---|---|---|
| Sergey MAYOROV | 10/15/1990 | A 075 311 733 | Belarus | 2351 Lake ave #3 Wilmette, Il 60091 |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

[Add Children]   [Go to continuation page]

**Part 10. Additional Questions.**

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

**A. General Questions.**

1. Have you **ever** claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes ☒ No
2. Have you **ever** registered to vote in any Federal, state or local election in the United States?  ☐ Yes ☒ No
3. Have you **ever** voted in any Federal, state or local election in the United States?  ☐ Yes ☒ No
4. Since becoming a Lawful Permanent Resident, have you **ever** failed to file a required Federal state or local tax return?  ☐ Yes ☒ No
5. Do you owe any Federal, state or local taxes that are overdue?  ☐ Yes ☒ No
6. Do you have any title of nobility in any foreign country?  ☐ Yes ☒ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last five years?  ☐ Yes ☒ No

| Part 10. Additional Questions. (Continued) | Write your USCIS "A"- number here: A *075 260 315* |
|---|---|

**B. Affiliations.**

8. a Have you **ever** been a member of or associated with any organization, association, fund foundation, party, club, society or similar group in the United States or in any other place?  ☐ Yes  ☒ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **ever** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?  ☐ Yes  ☒ No

   b. Any other totalitarian party?  ☐ Yes  ☒ No

   c. A terrorist organization?  ☐ Yes  ☒ No

10. Have you **ever** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☒ No

11. Have you **ever** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion?  ☐ Yes  ☒ No

12. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?  ☐ Yes  ☒ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?  ☐ Yes  ☒ No

**C. Continuous Residence.**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return?  ☐ Yes  ☒ No

14. Have you **ever** failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

| Part 10. Additional Questions. (Continued) | Write your USCIS "A"- number here: A *075 260 315* |
|---|---|

### D. Good Moral Character.

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

15. Have you **ever** committed a crime or offense for which you were **not** arrested?  ☐ Yes ☒ No

16. Have you **ever** been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason?  ☐ Yes ☒ No

17. Have you **ever** been charged with committing any crime or offense?  ☐ Yes ☒ No

18. Have you **ever** been convicted of a crime or offense?  ☐ Yes ☒ No

19. Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes ☒ No

20. Have you **ever** received a suspended sentence, been placed on probation or been paroled?  ☐ Yes ☒ No

21. Have you **ever** been in jail or prison?  ☐ Yes ☒ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table. If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer Questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

22. Have you **ever**:

   a. Been a habitual drunkard?  ☐ Yes ☒ No

   b. Been a prostitute, or procured anyone for prostitution?  ☐ Yes ☒ No

   c. Sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes ☒ No

   d. Been married to more than one person at the same time?  ☐ Yes ☒ No

   e. Helped anyone enter or try to enter the United States illegally?  ☐ Yes ☒ No

   f. Gambled illegally or received income from illegal gambling?  ☐ Yes ☒ No

   g. Failed to support your dependents or to pay alimony?  ☐ Yes ☒ No

23. Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?  ☐ Yes ☒ No

24. Have you **ever** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes ☒ No

| Part 10. Additional Questions. (Continued) | Write your USCIS "A"- number here: |
|---|---|
| | A  075 260 315 |

### E.  Removal, Exclusion and Deportation Proceedings.

**25.** Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☒ No

**26.** Have you **ever** been removed, excluded or deported from the United States? ☐ Yes ☒ No

**27.** Have you **ever** been ordered to be removed, excluded or deported from the United States? ☐ Yes ☒ No

**28.** Have you **ever** applied for any kind of relief from removal, exclusion or deportation? ☐ Yes ☒ No

### F.  Military Service.

**29.** Have you **ever** served in the U.S. Armed Forces? ☐ Yes ☒ No

**30.** Have you **ever** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

**31.** Have you **ever** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☒ No

**32.** Have you **ever** deserted from the U.S. Armed Forces? ☐ Yes ☒ No

### G. Selective Service Registration.

**33.** Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes ☒ No

If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy) [                    ]     Selective Service Number [                    ]

If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H.  Oath Requirements. *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

**34.**  Do you support the Constitution and form of government of the United States? ☒ Yes ☐ No

**35.**  Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

**36.**  Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

**37.**  If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

**38.**  If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☒ Yes ☐ No

**39.**  If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

| Part 11. Your Signature. | Write your USCIS "A"- number here: A |
|---|---|

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature *T. Mayorda*

Date *(mm/dd/yyyy)* 11/17/06

## Part 12. Signature of Person Who Prepared This Application for You. *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

Preparer's Signature

Date *(mm/dd/yyyy)*

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

Preparer's Address - Street Number and Name

City

State

Zip Code

**NOTE: Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.**

## Part 13. Signature at Interview.

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through ___O___ and the evidence submitted by me numbered pages 1 through ___10___, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

*Scot P. Wil---*
Officer's Printed Name or Stamp

MAR 0 5 2007
Date *(mm/dd/yyyy)*

Complete Signature of Applicant
*Tatyana Mayorda*

Officer's Signature

## Part 14. Oath of Allegiance.

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant
*TANYA MIKHAELA May*

Complete Signature of Applicant
*T. Mayr*

Form N-400 (Rev. 10/26/05)Y Page 10

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services     **Certificate Preparation Sheet And Oath Declaration**

**A #**  | A 075 260 315 |          **Daytime Phone #**  | (847) 920-9484 |

**NAME** (If name Change, **ENTER** new Name):          Check BOX if there is a change of name:  ➡️  | X |

| TANYA |
**(FIRST)**

| MIKHAELA |
**(MIDDLE)**

| MAY |
**(LAST)**

**Date of birth:**  | 12/21/1957 |          (Check Sex)   MALE:  | |

                                                      FEMALE:  | X |

**Month/Day/Complete Year**

**Height:**  | 5 | 4 |   **Marital Status; Enter "S"** Single, **"M"** Married, **"D"** Divorced, or **"W"** Widow(er):  ➡️  | D |
         **(Feet)  (Inches)**

**Country of Former Nationality:**  | Belarus |

                        **(Enter Actual name of Country)**

Form N-649 (Rev. 11/1/98)

Mayorov Apr 21, 2104 -- p0014

U.S. Department of Homeland Security

U.S. Citizenship and Immigration Services

**Petition for Name Change**

## (NAME OF COURT)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete lines 1 - 8 (Type or print clearly).

My full and correct name (current name):

1.       TATYANA                   MAYOROVA
           **(FIRST)**             **(MIDDLE)**             **(LAST)**

2.  Address:    2351 Lake Ave # # 3        Wilmette, IL        60091
                **(Number/Street)**        **(City/State)**        **(Zip Code)**

3.  Country of Nationality:    Belarus      4. Date of Birth:    12/21/1957
                                                     **(Month) (Day) (Complete Year)**

5.  Alien Registration Card (Green Card) Number:   A 075 260 315

6.  I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7.  I petition the court to change my name to:

         TANYA              MIKHAELA           MAY
           **(FIRST)**              **(MIDDLE)**             **(LAST)**

8.  Date:    3/5/2007          *Tatyana Mayorov*
                                            **Signature of Petitioner, (current name)**

CERTIFICATION OF NAME CHANGE

     I CERTIFY THAT THE ABOVE PETITION WAS GRANTED BY THE COURT ON _____
                                                               **(Date)**

_____
       **(Clerk)**

_____
       **(Deputy Clerk)**

## IMPORTANT INFORMATION

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

Form N-XXX (11/1/98)