# EXHIBIT 15

```
CIMIDN            DEPARTMENT OF HOMELAND SECURITY - USCIS        06/10/14
COMMAND:          CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY     10:44:55

 ID # (A/AA/AB/C/DA): A075260315           A#: 075260315    DOB:
 12211957 (DL/FB/FI/FP/I/PP/SS/TD)

    LAST: MAY                                          C #: 30552094
   FIRST: TANYA                                  NATZ DATE: 03222007
  MIDDLE: M                                          COURT: 730
 ALIASES: MAYOROVA              ,TATYANA         LOCATION: CHI

  SEX: F     POE: CHI   COB: BELAR    DOE: 01112001
  FCO: COW   COA: USC   COC: BELAR    FTC: 02282014   FATHER: MIKHAIL
 PFCO: NRC   SFCO:      DFO: 01141997  BIN:           MOTHER: LIDIYA

         SSN:                     CONSOLIDATED A-NOS   --OTHER INFORMATION--
 I-94 ADM #:                                           EADS-X   CARD-X
 PASSPORT #:
     FBI #:
 DRIVER LIC:
 FINGER CD#:
  IDENT FIN:
 OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT   PF1 NEXT CONS A#
 PF2 PRIOR CONS A#   PF3 REFRESH   PF4 RETURN  PF5 HELP PF6 MAIN MENU   PF8 HISTORY
                                                                 PF9 EAD PF11 EOIR
```



Δ π EXHIBIT 1
Deponent Di Maggio
Date 7-18-14 Rptr DS
WWW.DEPOBOOK.COM

ICE000284