# EXHIBIT 16

M-18346         STATE OF ILLINOIS · DEPARTMENT OF CORRECTIONS         M-18346
**BOOT CAMP**

NAME: SERGEY MAYOROV     Alias: 

Date Sentenced: 12/27/2010     Received: 12/28/2010     County: COOK

Judge:     State's Attorney:

| CRIME | CLASS | IND. NO. | FINDING | CUSTODY DATE | SENTE[NCE] |
|---|---|---|---|---|---|
| RESIDENTIAL BURGLARY | (01) 1 | 10CR0770302 | cc | 12-24-10 | 4 yr |

Nationality Preference: BLK     DOB: 10-15-90     Hair:     Eyes:

Nativity:     Ht. 000     Wt. 000     Bld.     Comp.

Marital Status:     Children 00     Educ.     Relig.     Soc. Sec. 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

Correspondents: 0     PERSONS GIVEN FOR REFERENCE:

Transfers:
- Vie 1-24-11
- Rcd IIP 1/25/11
- Rec'd Shawnee 3-30-11
- rec'd VIE 2/6/12
- rec'd boot Camp 12-16-11

WARRANTS: Immigration W/D 11/28/11

Notice Replies:
- MSR App 3/17/11
- MSR approved 3/14/12

Minimum/Projected Out Date: 12/24/12     PED 4/14/12

NAME: Mayorov, Sergey     NO. M18346
CUSTODY DATE: 12-24-10
PROJECTED MINIMUM/RELEASE DATE: 12-24-12
PROJECTED MAXIMUM/MANDATORY OUT DATE: 12-24-14     RECORD 4-14-12

DC 5210 Rev. 2-81
IL 426-4518

21     0025

Ret'd from Pa

P. V. Warrant Issued

Parole/MSR Period: 4/14/12    2 yrs    Final Discharge: 4/14/14

DC 7145
11-78

IN THE CIRCUIT COURT OF COOK COUNTY

| PEOPLE OF THE STATE OF ILLINOIS | ) | CASE NUMBER. | 10CR0776302 |
| V. | ) | DATE OF BIRTH | 10/15/90 |
| SERGEY MAYOROV | ) | DATE OF ARREST | 03/20/10 |
| Defendant | | IR NUMBER 0000000 | SID NUMBER 060535010 |

## ORDER OF COMMITMENT AND SENTENCE TO
## ILLINOIS DEPARTMENT OF CORRECTIONS

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | | Class |
|---|---|---|---|---|---|
| 001 | 720-5/19-3(A) | RESIDENTIAL BURGLARY | YRS. 004 | MOS. 00 | 1 |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

___  _____  _____  YRS. ____ MOS. ____  ____
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___  _____  _____  YRS. ____ MOS. ____  ____
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___  _____  _____  YRS. ____ MOS. ____  ____
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

___  _____  _____  YRS. ____ MOS. ____  ____
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ___ defendant having been convicted of a class ___ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0003 days as of the date of this order.

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s) _____

IT IS FURTHER ORDERED THAT BOOT CAMP RECOMMENDED _____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED DECEMBER 27, 2010                    ENTER 12/27/10

CERTIFIED BY C MOERLIEN
            DEPUTY CLERK                   JUDGE: AXELROOD LARRY G
SKP7 12/27/10 12:11:59                                              CCG N305

087014 IDOC Subpoena 0018

05/15/12

CERTIFICATION NOTICE
OF IMPACT INCARCERATION PROGRAM

COMMITTED PERSON:     MAYOROV, SERGEY

REGISTER NO.:         M18346

| CASE NAME | COURT NO. | COUNTY | JUDGE |
|---|---|---|---|
| RESIDENTIAL BURGLARY | 10CR0776302 | COOK | LARRY AXELROD |

THE ILLINOIS DEPARTMENT OF CORRECTIONS HEREBY CERTIFIES, PURSUANT TO 730 ILCS 5/5-8-1.1, THAT THE ABOVE-REFERENCED COMMITTED PERSON HAS SUCCESSFULLY COMPLETED THE IMPACT INCARCERATION PROGRAM. IN ACCORDANCE WITH THE SENTENCING ORDER OF THIS COURT, HIS SENTENCE SHALL BE REDUCED TO TIME CONSIDERED SERVED AS OF 04/14/2012.

_____
DIRECTOR

DISTRIBUTION: 1) MASTER FILE; 2) COMMITTED PERSON; 3) FACILITY; 4) COURT

DCA 6803 (REV. 4/95)
IL 426-15826

SH#

01/25/11

NOTICE OF ACCEPTANCE
IN IMPACT INCARCERATION PROGRAM

COMMITTED PERSON:   MAYOROV, SERGEY

REGISTER NO.:       M18346

| CASE NAME | COURT NO. | COUNTY | JUDGE |
|---|---|---|---|
| RESIDENTIAL BURGLARY | 10CR0776302 | COOK | LARRY AXELROD |

THE ILLINOIS DEPARTMENT OF CORRECTIONS HEREBY NOTIFIES THE COURT
THAT THE ABOVE-REFERENCED COMMITTED PERSON HAS BEEN ACCEPTED BY THE
DEPARTMENT FOR PLACEMENT IN THE IMPACT INCARCERATION PROGRAM ON 01/25/2011.
IN THE EVENT THE COMMITTED PERSON SUCCESSFULLY COMPLETES THE IMPACT
INCARCERATION PROGRAM, CERTIFICATION WILL BE MADE BY THE DEPARTMENT TO
THE COURT, AS SET FORTH IN 730 ILCS 5/5-8.1.1.

_____
WARDEN

DISTRIBUTION: 1) MASTER FILE; 2) COURT; 3) FACILITY

DCA 6802 (REV. 4/94)
IL 426-15825



**Jaimet, Karen**
**From:** Patterson, Bob
**Sent:** Thursday, January 19, 2012 11:56 AM
**To:** Jaimet, Karen
**Subject:** RE: Mayorov M18346

---

**From:** Patterson, Bob
**Sent:** Thursday, January 19, 2012 10:40 AM
**To:** Jaimet, Karen
**Cc:** Olson, Bruce W.
**Subject:** RE: Mayorov M18346

Since he has already been in boot camp, we can just reinstate him. We will need to do a transfer back to IIP, not Dixon Springs. Just put the reinstatement language in the comment section. INS screwed up on this one and put a detainer on him when they should not have as I understand it. I will copy Bruce on this outlook so he will know to deny the work release application.

---

**From:** Jaimet, Karen
**Sent:** Thursday, January 19, 2012 10:31 AM
**To:** Patterson, Bob
**Subject:** RE: Mayorov M18346

OMG… this is quite a time consuming fella! ☺
After speaking with offender for over an hour and speaking with his attorney, twice this morning…. "they" have decided to return to IIP. The attorney is worried that the approved work release will mess this up. Any chance you could deny the work release due to 26?
What do you need me to do to get this inmate submitted for IIP transfer?

Karen Jaimet, CWS, MS, CADC
Acting Clinical Services Supervisor
Shawnee Correctional Center
6665 State Route 146 E.
Vienna, Il 62995
618-658-8331 (2043)
karen.jaimet@doc.illinois.gov

---

**From:** Patterson, Bob
**Sent:** Friday, January 13, 2012 3:46 PM
**To:** Jaimet, Karen
**Subject:** RE: Mayorov M18346

I just talked to his attorney. INS no longer wants this guy. Apparently they never should have issued the detainer in the first place from

what I am told. I see he has now been put in for work release. Would you please have someone talk with him and see which he would prefer. If we were to reinstate him in to boot camp, we can get him out in 2 months. We can move him back over to Vienna if that is what he wants to do. Just let me know. I am going to be gone until next Thursday. I am having knee surgery Monday morning.
Thank you

---

**From:** Funk, Sandra
**Sent:** Wednesday, December 28, 2011 1:29 PM
**To:** Patterson, Bob
**Cc:** Jaimet, Karen
**Subject:** FW: Mayorov M18346

Bob,
Please work with Karen on this. If he is to go to IIP, then he should be reviewed and he will have to sign a refusal if he does not wish to go now.

Jaimet, Karen
Wednesday, December 28, 2011 1:21 PM
**To:** Funk, Sandra
**Subject:** Mayorov M18346

I/M was terminated from IIP and sent to us due to an immigration warrant. The warrant has since been cleared. I/M has filed a grievance and stated that he is filing a law suit against the state because we removed him from IIP. Anyway, he claims he wants to remain in prison until his parole date because he intends to get a half million from the lawsuit... but the grievance he filed, I believe stated that he should be placed back in IIP. Should he be resubmitted for IIP now that the warrant is cleared or is that opportunity over? I just need an answer for the grievance and advised on whether we are supposed to transfer him....

IDOC#: M18346 MAYOROV, SERGEY     2
A L SHA-01-A-36-02     12/24/2012
    SEX OFFENDER REGISTRY REQUIRED:

VIOLATION STATUS:
RELEASE TYPE: P

# Wiggs, Gary

**From:** Jerolds, Bradley
**Sent:** Friday, March 18, 2011 8:38 AM
**To:** Wiggs, Gary
**Subject:** RE: Intel review

No know STG issues

C/O Bradley Jerolds
Vienna Correctional Center
618-658-8371

---

**From:** Wiggs, Gary
**Sent:** Friday, March 18, 2011 8:28 AM
**To:** Harner, Darren; Elliott, Tim; Jerolds, Bradley
**Subject:** Intel review

Please conduct intel review on Mayorov M18346 for Shawnee CC. He will be terminated from IIP-DSB due to immigration warrant.

**Gary Wiggs**
**Clinical Services Supervisor**
**Vienna Correctional Center**
**618-658-8371 ext.480**
Gary.Wiggs@doc.illinois.gov

1

Illinois Department of Corrections Disciplinary Tracking Inmate
Disciplinary Card

**Name:** SERGEY MAYOROV

**IDOC #:** M18346

**Transferred In:** 1/24/2011  Disciplinary history from 01/01/98 through 03/18/11  **Living Unit:** VIE/DSB/D2/01/01

| Incident Date Incident/Summ#/Inst. Ticket Type | Offense Codes, Descriptions | Disciplinary Action |
|---|---|---|

*No Discipline on System*

Run Date: 3/18/2011 07:35:46

087014 IDOC Subpoena 0112

State of Illinois - Department of Corrections

Impact Incarceration Program
**NOTICE OF PROGRAM REVIEW HEARING**

Page 1 of 1

Committed Person: Mayorov     No. M18346     Facility: Dixon Springs IIP

Date: 3/18/11     Reason for Referral:  X  Ineligible to remain in program.
                                        ___ Noncompliance with program requirements.

Explanation: Do to an immigration warrant from the nation of Belarus inmate Mayorov M18346 is no longer eligible to remain in the Impact Incarceration Program.

Witnesses, if any: _____
NOTE: Use additional pages if necessary to describe observation and/or list witnesses.

Lt. Kevin Conroy
PRINT Referring Employee's Name     Employee's Signature/Shift

Lt. M. Hawkins
Shift Commander's Signature     Date/Shift

✓ Approved; refer for hearing.
___ Disapproved; expunge notice.

**Procedure Applicable to Program Review Hearings**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify to what they could testify. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. As a result of this hearing you may, among other matters, be terminated from the Impact Incarceration Program, and be returned to another facility to serve the term of imprisonment imposed by the sentencing court or the time to be served in the program may be extended the sentencing court or the time to be served in the program any be extended, not to exceed 180 days of active service in the program.

X _Sergey Mayorov_ M18346     Committed Person Refused to Sign ___
   Committed Person's Signature and Number

Lt. Brian Felker 4240     Lt. Brian Felker     3/18/11 12:00 pm
PRINT Serving Employee's Name     Serving Employee's Signature     Date and Time Served

·········································(DETACH AND RETURN TO THE PROGRAM REVIEW HEARING OFFICER)·········································

I hereby agree to waive 24-hour notice of referral to the Program Review Hearing.

Date: X 3/18/11     X Sergey Mayorov M18346
                      Committed Person's Signature and Number

·········(DETACH AND RETURN TO THE PROGRAM REVIEW HEARING OFFICER PRIOR TO THE HEARINGS)·········

I would like the Program Review Hearing Officer to consider calling the following witnesses:

NAME OF WITNESS: _____     Number/Cell/Title: _____

Witness can testify to: _____

NAME OF WITNESS: _____     Number/Cell/Title: _____

Witness can testify to: _____

Date: _____     _____
                          Committed Person's Signature and Number

DCA 7040 (Eff. 10/90)   Distribution: 1) Master File; 2) Committed Person; 3) Facility; 4) Facility
IL 426-15761

Impact Incarceration Program

## PROGRAM REVIEW SUMMARY

Committed Person: Inmate: <u>Mayorov, Sergey</u> Inmate Number: <u>M18346</u> Date referred: <u>3/18/10</u>

Referring Facility: <u>Dixon Springs Impact Incarceration Program</u>

Facility where Hearing Held: <u>Vienna CC</u> Hearing Date: <u>3/18/11</u> Time: <u>12:15 p.m.</u>

Committed Person Requested Witnesses: No X  Yes  State Names:

**WITNESSES CALLED:**  Yes  State names:
(Include witnesses statements)
No  State reasons and explain below

\_\_ Request for witness was not timely:
\_\_ Testimony would be cumulative:
\_\_ Testimony would be irrelevant:
\_\_ Calling witnesses would undermine authority or jeopardize security:
\_\_ Other (Specify)

**RECORD OF PROCEEDINGS:** Program Review read and inmate states he wasn't aware of the immigration warrant. States he has a green card, social security number and graduated from High School.

**DISPOSITION AND BASIS FOR DECISION:** The Hearing Officer finds:
\_\_ No violation of program requirements.
_X_ Committed person is ineligible to remain in the program
\_\_ Committed person has not complied with program requirements.

**REASONS:** Per Program Review that inmate Mayorov M18346 has an Immigration Warrant and his guilty plea to the warrant. Inmate isn't appropriate to remain at IIP-DSB with the warrant.

**RECOMMENDED:**

\_\_ Extend program for days, not to exceed a total of 180 days of active services in the program.
_X_ Terminate committed person's participation in the program.
\_\_ Training Alternatives/Programming Changes (specify)

HEARING OFFICER: <u>Gary Wiggs</u> _____
(Print Name)  (Signature)

✓Approved  \_\_Not approved  \_\_Recommend  \_\_ other:

<u>3-18-11</u>
Date

_____
CHIEF ADMINISTRATIVE OFFICER

Note: Program termination shall be reviewed and approved by the Director.

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 460.90.

_____  <u>3/18/11  2:00 pm</u>
Employee Serving Copy to Committed Person  When Served - Date/Time

DC-7041 (Eff. 10/90)

cc: 1) Master File  2) Committed Person  3) Facility  4) Facility

U.S. Department of Homeland Security | Immigration Detainer - Notice of Action

| | | |
|---|---|---|
| Subject ID: 305448155<br>Event #: CDC1103001876 | IDOC: M18346 | File No: A075 311 733<br>Date: March 16, 2011 |

TO: (Name and Title of Institution)
VIENNA CORRECTIONAL CENTER
6695 STATE ROUTE #146 EAST
VIENNA, IL 62995

FROM: (Office Address)
DRO - Chicago, IL Chicago Deport Center
U.S. IMMIGRATION & CUSTOMS ENFORCEMENT
DRO - Chicago, IL Chicago Deport Center
CHICAGO, IL 60605

Name of Alien: MAYOROV, Sergey Vitaliyevich
Date of Birth: 10/15/1990   Nationality: BELARUS   Sex: M
State Criminal Number: IL60535010

**You are advised that the action noted below has been taken by the U.S. Department of Homeland Security concerning the above-named inmate of your institution:**

[X] Investigation has been initiated to determine whether this person is subject to removal from the United States.

[ ] A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
(Date)

[ ] A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date).

[ ] Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

[X] Under Federal regulation 8 CFR § 287.7, DHS requests that you maintain custody of this individual for a period not to exceed 48 hours (excluding Saturdays, Sundays, and Federal holidays) to provide adequate time for DHS to assume custody of the alien. Please notify this Office at least 30 days prior to this inmate's release by calling __708-449-2695__ during business hours or __800-X-SECTOR__ after hours in an emergency.   (Area code and phone number)
(Area code and phone number)

[ ] Please complete and sign the bottom block of the duplicate of this form and return it to this office.
  [ ] A self-addressed stamped envelope is enclosed for your convenience.
  [X] Please return a signed copy via facsimile to __312-356-4708__
      (Area code and facsimile number)
  Return fax to the attention of __GIUSEPPE DIMAGGIO__, at __312-347-2447__
      (Name of officer handling case)    (Area code and phone number)

[X] Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
[X] Notify this office in the event of the inmate's death or transfer to another institution.
[ ] Please cancel the detainer previously placed by this Office on _____.

__GIUSEPPE DIMAGGIO__     __Immigration Enforcement Agent__
(Signature of DHS Officer)       (Title of DHS Officer)

Receipt acknowledged:
Date of last conviction: __12-27-10__     Latest conviction charge: __Residential Burglary__
Estimated release date: __12-24-12__
Signature and title of official: _____

DHS Form I-247 (08/10)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Orientation Receipt

Offender Name: _Inmate Muyorov_    ID# _M18346_    Facility: _Dixon Springs IIP_

The above named offender has completed the Offender Orientation Program and has received a copy of the Offender Orientation Manual on this date.

_Cipreesa Muyojub_    _2-7-12_
Offender Signature        Date

_A. RICHARD_    _A Richard_    _2-7-12_
Print Witness Name    Witness Signature    Date

Distribution: Master or Center File, as appropriate

DOC 0291 (Eff. 11/2005)

*Printed on Recycled Paper*



087014 IDOC Subpoena 0126

## ILLINOIS DEPARTMENT OF CORRECTIONS
## IMPACT INCARCERATION PROGRAM
## DIXON SPRINGS

### DAYS OF INACTIVE PARTICIPATION FORM

NAME __Mayorov, Sergey__ REGISTER NUMBER __M18346__

IIP MINIMUM/PROJECTED OUTDATE __5/25/11__

MAXIMUM RELEASE DATE __7/26/11__ ARRIVAL DATE __1/25/11__

| STATUS | BEGIN | END | TOTAL DAYS | PROJECTED OUTDATE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

```
OERCR113                ILLINOIS DEPARTMENT OF CORRECTIONS           PAGE:       2
                           OFFENDER TRACKING SYSTEM                  DATE: 09/30/13
AS OF DATE: 09/30/13         SCORING DATA SUMMARY                    TIME: 08:29:06


M18346 MAYOROV, SERGEY              HEIGHT: 5' 8"      MARITAL STATUS: SINGLE
RACE: WHITE      AGE: ███           WEIGHT: 125        PROJ MSR DATE: 04/14/2012
CURRENT ADMIT TYPE: TECHNICAL MSR VIOLATOR             LAST CALC DATE: 04/04/2012


DECLARES:
        * NOT ON FILE

DECLARED BY:
        * NOT ON FILE


------------------- M E D I C A L / P S Y C H O L O G I C A L --------------------

DRUGS USED:
IDOC MENTAL HEALTH PLCMTS:    NO
LAST PHYSICAL:                12/30/10
GENERAL CONDITION:

MEDICAL ISSUES:

MENTAL HEALTH ISSUES:
OTHER MEDICAL ISSUES:


----------------------- M O V E M E N T   H I S T O R Y -------------------------

   DATE        TIME          TYPE                FROM     TO     PARENT INSTITUTION
 09/16/13     10  19    ADMIT IN                 PAR     NRC     STATEVILLE
 04/14/12     08  45    PAROLE OUT               DSB     001     VIENNA
 02/07/12     12  28    LOCATION CHANGE          VIE     DSB     VIENNA
 02/06/12     13  22    TRANSFER IN              TRA     VIE     VIENNA
 02/06/12     13  21    TRANSFER OUT             SHA     VIE     SHAWNEE
 03/30/11     13  11    TRANSFER IN              TRA     SHA     SHAWNEE
 03/30/11     13  07    TRANSFER OUT             VIE     SHA     VIENNA
 03/18/11     09  09    LOCATION CHANGE          DSB     VIE     VIENNA
 01/25/11     12  21    LOCATION CHANGE          VIE     DSB     VIENNA
 01/24/11     19  22    TRANSFER IN              TRA     VIE     VIENNA
 01/24/11     07  40    TRANSFER OUT             NRC     VIE     STATEVILLE
 12/28/10     10  33    ADMIT IN                 ADM     NRC     STATEVILLE


--------------------- A S S I G N M E N T   H I S T O R Y -----------------------

                                              STARTING    ENDING   TERMINATION
LOC    ASSIGNMENT/JOB DESCRIPTION       P       DATE       DATE    REASON   DATE
NRC    DIAGNOSTIC, PARTICIPANT          Y     09/16/13              CHNG   11/15/13
NRC    SUBS ABUSE SCREENING, WAITLISTE  N     09/16/13
NRC    UNASSIGNED(NO PAY), PARTICIPANT  Y     11/16/13
VIE    SUBS ABUSE SCREENING, WAITLISTE  N     02/06/12              PARL   04/14/12
DSB    BOOT CAMP, PARTICIPANT           Y     02/07/12              PARL   04/14/12
```