# EXHIBIT 17

State of Illinois
Department of Corrections

# CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| MAYOROV, SERGEY | M18346 | P-A-M |
| Counselor/Agent Name * | | |
| UNASSIGNED STAFF | | |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 12/11/2013 10:59:57 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Sergey Mayorov was given a legal call at approximately 12:40 w/atty. Mark Fleming (312) 263-0901 with said concluding at approximately 1:00p.m. without further incident. | | | |
| 12/10/2013 15:15:40 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Inmate Mayorov submitted a visiting list for processing. | | | |
| 12/3/2013 15:02:05 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Inmate Mayorov was given a legal call at aprroximately 9:29 a.m. to Atty. Mark Fleming 312-263-0901, with said concluding at approximately 10:00 a.m. without further incident. | | | |
| 11/26/2013 15:09:32 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Submitted visiting list for processing. | | | |
| 11/19/2013 09:54:05 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Inmate Mayorov was given a legal call at aprroximately 9:05 a.m. to Atty. Mark Fleming 312-660-1335, 312-263-0901, 312-660-1628 all numbers were dialed through AT&T collect and 1-800 collect and neither phones would accept any collect calls. CSS R. Davenport was notified of said incident. | | | |
| 11/14/2013 09:13:53 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Submitted visiting list for processing. | | | |
| 10/10/2013 13:31:34 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Inmate requested an audit and that his name be submitted to the law library, was informed that his name would be submitted and an audit was sent to him via institutional mail. | | | |
| 10/1/2013 10:14:33 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Inmate Mayarov was given a legal call at approximately 9:05 a.m. to Atty. Mark Fleming 312-263-0901, with said concluding at aprroximately 9:35 a.m. without further incident. | | | |
| 9/18/2013 14:19:53 | UNIT RX/STA | Personal | Face To Face | JOHNSON, CLEO, Correctional Counselor II |
| Comments: | Submitted phone list for processing. | | | |
| 9/17/2013 08:11:53 | CASEWORK SUPERVISORS OFFICE/STA | Personal | Face To Face | CANNON, CHRISTOPHER P., Correctional Counselor II |
| Comments: | Offender was interviewed 9/16/13 as part of NRC intake process. He is "TMV" status, with a pending 10/4/13 court date in OTS. | | | |
| 3/22/2012 16:33:12 | FIELD SERVICES OFFICE/VIE | Personal | Face To Face | THOMPSON, NANCY J., Correctional Counselor II |
| Comments: | He said he was leaving by car, but will get a bus ticket since he paroles on Saturday. | | | |
| 3/20/2012 12:28:40 | ORIENTATION/VIE | Personal | Face To Face | WENTWORTH, TRAVIS S., Correctional Counselor I |
| Comments: | Offender participated in Orientation process and was provided with the Orientation Manual. Issued Orientation Manual in Spanish to Offenders with poor English skills. Offenders signed for manuals. Offender Pre-Release Identification Checklist initiated. Provided Telephone Pin # form and Visiting List form and explained procedures. All Offenders were informed of House Bill 569 and explained process for application. | | | |
| 2/24/2012 16:14:25 | FIELD SERVICES OFFICE/VIE | Personal | Face To Face | THOMPSON, NANCY J., Correctional Counselor II |
| Comments: | I told him his out date was 4/14/12. Discussed that his prior approved parole site was still good. | | | |
| 1/19/2012 10:41:22 | CASEWORK SUPERVISORS OFFICE/SHA | Personal | Face To Face | JAIMET, KAREN L., Correctional Casework Supervisor |
| Comments: | Had a very lengthy conversation with offender pertaining to work release and IIP. Allowed offender to speak with attorney twice. IM and attorney finally came to the conclussion that he does not want the work release transfer and he does want to return to IIP. Contacted TCO Patterson who stated to submit offender for IIP and the WR transfer will be denied. | | | |
| 1/11/2012 14:01:28 | HOUSING UNIT 01/SHA | Personal | Face To Face | JAIMET, KAREN L., Correctional Casework Supervisor |
| Comments: | Placed offender on phone with Mark Fleming from Heartland Alliance. | | | |
| 1/5/2012 11:14:38 | CASEWORK SUPERVISORS OFFICE/SHA | Personal | Face To Face | JAIMET, KAREN L., Correctional Casework Supervisor |
| Comments: | Attempted to place offender on phone for collect call, number was disconnected. Gave offender the Public Defender's phone number as requested by the public defender. | | | |

4/18/2014
DOC 1711 (Rev. 10/86) PC Generated

Page 1 of 3

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.

State of Illinois
Department of Corrections

# CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| MAYOROV, SERGEY | M18346 | P-A-M |

| Counselor/Agent Name * |
|---|
| UNASSIGNED STAFF |

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 1/4/2012 12:59:01 | HOUSING UNIT 01/SHA | Collateral | Other | JAIMET, KAREN L., Correctional Casework Supervisor |
| Comments: | Received notification that Attorney Debra White, with the Cook County Public Defender's Office, would like for offender to have her phone number. 773-674-3217. I called this number and left a message explaining attorney unmonitored calls and inmate calls made from the housing unit. | | | |
| 12/30/2011 08:30:43 | CASEWORK SUPERVISORS OFFICE/SHA | Personal | Face To Face | JAIMET, KAREN L., Correctional Casework Supervisor |
| Comments: | Called offender to clinical to discuss grievance and his return to IIP. Advised offender that since the immigration warrant has been cleared, he may now transfer to Menard CC to await IIP "re-placement." I/M asked how long this would take. I explained that I do not know. I/M stated that he did not want to go back to the IIP and would rather remain at Shawnee. I had offender sign a DOC0170 IIP Notice of Voluntary Termination explaining that he will have to serve the remaining sentence, will not receive MGT/SMGT if it were to be reinstated, and cannot request IIP again. I wrote these comments at the bottom, "I/M offered the opportunity to return to Menard for reassignment into IIP and refused. I/M advised that he will not be able to change this decision later." I/M signed and dated form. Responded to offender grievance and returned via mail. Faxed form, grievance and supporting information to TCO and filed in masterfile. | | | |
| 12/28/2011 13:23:46 | CASEWORK SUPERVISORS OFFICE/SHA | Personal | Face To Face | JAIMET, KAREN L., Correctional Casework Supervisor |
| Comments: | Placed offender on collect call with Heartland Alliance, National Immigration Justice Center. I/M explained to me that he is filing a law suit against the state for breach of contract. I/M states that we removed him from IIP when he had completed half the sentence over a warrant that should not have been entered at all. I/M filed a grievance stating that he should be returned to IIP but when he discussed this with me today, he stated that he hoped to remain locked up until his outdate since he believes he will win a half million dollars from the law suit. Note sent to TCO concerning IIP resubmittal. | | | |
| 12/9/2011 13:53:31 | HOUSING UNIT 01/SHA | Personal | Face To Face | MOTSINGER, MICHAEL L., Correctional Counselor II |
| Comments: | Attempted to call collect to attny Flemming and had no answer x2. Call pass was for 1-1:30pm but inmate arrived at 1:38pm due to lockdown, phone call attempted at that time. | | | |
| 12/2/2011 10:52:35 | CASEWORK SUPERVISORS OFFICE/SHA | Personal | Face To Face | JAIMET, KAREN L., Correctional Casework Supervisor |
| Comments: | Rcvd request for conference call from Mark Flemming Of the Heartland Alliance National Immigration Justice Center. The letter contained no purpose for the call and when attempting to contact them collect, neither line listed would accept collect calls. Sent offender back to unit and advised Mr. Fleming via e-mail of the proper procedure. | | | |
| 11/29/2011 08:59:52 | RECORDS OFFICE/SHA | Collateral | Other | WIGGS, HEIDI L., Office Coordinator |
| Comments: | Received notice to cancel immigration detainer. OTS updated. | | | |
| 10/26/2011 11:35:54 | HOUSING UNIT 01/SHA | Personal | Face To Face | MOTSINGER, MICHAEL L., Correctional Counselor II |
| Comments: | Given phone call to attny.(Fleming) 1100am | | | |
| 9/19/2011 10:15:16 | HOUSING UNIT 01/SHA | Personal | Face To Face | MOTSINGER, MICHAEL L., Correctional Counselor II |
| Comments: | routine contact/ no issues or concerns. | | | |
| 7/20/2011 08:32:20 | HOUSING UNIT 01/SHA | Personal | Face To Face | MOTSINGER, MICHAEL L., Correctional Counselor II |
| Comments: | Routine contact/ no issues or concerns/ ask about phone list. | | | |
| 4/28/2011 08:51:20 | HOUSING UNIT 01/SHA | Personal | Face To Face | MOTSINGER, MICHAEL L., Correctional Counselor II |
| Comments: | Wanted PIN number for phone. | | | |
| 4/20/2011 08:39:20 | HOUSING UNIT 01/SHA | Personal | Face To Face | MOTSINGER, MICHAEL L., Correctional Counselor II |
| Comments: | Discussed how to get a job and how to get in classes. Asked how to get his ID changed. | | | |
| 3/31/2011 15:48:47 | CLINICAL SERVICES/SHA | Collateral | Other | LYNN, DANIEL T., Correctional Counselor II |
| Comments: | Inmate was reviewed for Hardin County Work Camp placement and denied because of an immigration detainer. | | | |
| 3/31/2011 15:37:22 | RECEIVING/SHA | Personal | Face To Face | ENGLER, STEPHEN D., Correctional Counselor II |
| Comments: | OFFENDER ORIENTATION PROGRAM AND 5 DAY CONTACT. Each offender was provided with an Orientation Manual (Orientation Manuals in Spanish are issued upon request). Advised of Public Act 93-0207 and how, to apply, to obtain a Certificate of Relief from Disabilities. Security Threat Group avoidance and renunciation policy; completed offender Pre Release Identification Check list. Provided Telephone form and explained submittal procedure. Visiting form provided to each offender and collected. Discussed importance of obtaining identification documentation and discussed process to obtain a birth certificate and social security card. All Offenders were informed of House Bill 569 and the process to obtain a Temporary ID. Provided general information regarding the use and control of toxic substances; grievance procedures explained. Assistance in obtaining and completing necessary forms was provided. | | | |
| 3/18/2011 15:25:40 | SEGREGATION/VIE | Personal | Face To Face | MCGLONE, AARON W., Correctional Counselor II |
| Comments: | Face ot face in Seg. Inmate sign for a copy of his Immigration Warrant. He said he understood what it was about and had no questions. | | | |

4/18/2014
DOC 1711 (Rev. 10/86) PC Generated

Page 2 of 3

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.

**State of Illinois**
**Department of Corrections**

## CUMULATIVE COUNSELING SUMMARY

| Inmate/Resident/Release Name | Register Number | Current Classification |
|---|---|---|
| MAYOROV, SERGEY | M18346 | P-A-M |

**Counselor/Agent Name***
UNASSIGNED STAFF

| Date/Time | Location | Type | Method | Staff/Title * |
|---|---|---|---|---|
| 3/18/2011 12:59:55 | CLINICAL SERVICES/VIE | Personal | Face To Face | WIGGS, GARY D., Clinical Services Supervisor |
| Comments: | Heard Program Review due to immigration warrant.  Inmate stated he thought he was ok here due to having a social security number, a green card and graduating from High School in Chicago.  Explained process to him regarding termination.  Left voice message with his mother Tanya May (847) 729-1433 explaining issue . | | | |
| 3/18/2011 07:24:18 | CLINICAL SERVICES SUPERVISORS OFFICE/VIE | Collateral | Other | WIGGS, GARY D., Clinical Services Supervisor |
| Comments: | Received notice from US Department of Homeland Security, Immigration Detainer-Notice of Action file #A075 311 733 Nationality-Belarus. Inappropriate to remain at IIP-DSB with Immigration Detainer.   Program Review will be written and termination from IIP processed.   ERD and security level will be increased at this time. | | | |
| 3/16/2011 10:00:58 | PAROLE SCHOOL/VIE | Personal | Face To Face | THOMPSON, NANCY J., Correctional Counselor II |
| Comments: | Offender is a current participant in Parole School. | | | |
| 1/27/2011 12:08:36 | ORIENTATION/VIE | Personal | Face To Face | THOMPSON, NANCY J., Correctional Counselor II |
| Comments: | Offender participated in Orientation process and was provided with the Orientation Manual. Issued Orientation Manual in Spanish to Offenders with poor English skills. Offenders signed for manuals. Offender Pre-Release Identification Checklist initiated.  Provided Telephone Pin # form and Visiting List form and explained procedures.  All Offenders were informed of House Bill 569 and explained process for application. | | | |

**4/18/2014**
DOC 1711 (Rev. 10/86) PC Generated

Page 3 of 3

*Assigned Counselor/Agent and Staff's title is current as of the date of this report, not the date of the counseling summary.