# EXHIBIT 18

**McPeek, James A**



Atty-Client Privilege

**From:** Easterday, Ronald P
**Sent:** Monday, November 28, 2011 3:02 PM
**To:** McPeek, James A
**Subject:** RE: new filings in Moreno

Good Afternoon,
 It has been determined that MAYOROV, Sergey (A75 311 733) is a USC. This was confirmed from information received from the subject's file at the NRC. He falls under the CCA. Relates to another person
Relates to another person

1

ICE--000247

Ronald Easterday
SDDO CAP/VCAS Unit
101 W. Congress Parkway, 4th Floor
Chicago, Illinois 60605
312-347-2197
312-446-7909 (cell)
312-356-4518 (fax)

Atty-Client Privilege

2

ICE--000247