# EXHIBIT 19

U.S. Department of Homeland Security Immigration Detainer - Notice of Action

| Subject ID: 305448155 | File No: A075 311 733 |
|---|---|
| Event #: CDC1103001876 | Date: March 16, 2011 |

TO: (Name and Title of Institution)
STATEVILLE CORRECTIONS
16300 ROUTE 53
CRESTHILL, IL 60434
ATT: BARRY

FROM: (Office Address)
DRO - Chicago, IL Chicago Deport Center
101 W. CONGRESS PARKWAY, SUITE 4000
CHICAGO, IL 60605
ATT:

Name of Alien: MAYOROV, Sergey Vitaliyevich

Date of Birth: 10/15/1990     Nationality: BELARUS     Sex: M

State Criminal Number: IL60535010

**You are advised that the action noted below has been taken by the U.S. Department of Homeland Security concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
(Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

☐ Under Federal regulation 8 CFR § 287.7, DHS requests that you maintain custody of this individual for a period not to exceed 48 hours (excluding Saturdays, Sundays, and Federal holidays) to provide adequate time for DHS to assume custody of the alien. Please notify this Office at least 30 days prior to this inmate's release by calling _____ during business hours or _____ after hours in an emergency.
(Area code and phone number)     (Area code and phone number)

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
  ☐ A self-addressed stamped envelope is enclosed for your convenience.
  ☐ Please return a signed copy via facsimile to _____
  (Area code and facsimile number)
  Return fax to the attention of _____, at _____
  (Name of officer handling case)     (Area code and phone number)

☐ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☐ Notify this office in the event of the inmate's death or transfer to another institution.
☒ Please cancel the detainer previously placed by this Office on _____

_____GIUSEPPE DIMAGGIO_____     _____Immigration Enforcement Agent_____
(Signature of DHS Officer)     (Title of DHS Officer)

Receipt acknowledged:
Date of last conviction: _____     Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____

DHS Form I-247 (08/10)

| U.S. Department of Homeland Security | Subject ID : 305448155 | | Record of Deportable/Inadmissible Alien | | | |
|---|---|---|---|---|---|---|

| Family Name (CAPS) MAYOROV, Sergey Vitaliyevich | First | Middle | Sex M | Hair BLK | Eyes BRO | Cmplxn MED |
|---|---|---|---|---|---|---|
| Country of Citizenship BELARUS | Passport Number and Country of Issue | File Number Case No: CDC1103001876 A075311733 | Height | Weight | Occupation | |
| U.S. Address | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry Unknown Date, Unknown Time | | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension | | | |
| Date of Birth 10/15/1990 Age: 20 | Date of Action | Location Code CHI/CDC | At/Near | Date/Hour | | |
| City, Province (State) and Country of Birth BELARUS | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry | Status When Found | | |
| Date Visa Issued | Social Security Number 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 | | Length of Time Illegally in U.S. | | | |
| Immigration Record POSITIVE - See Narrative | Criminal Record None Known | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children | | | |
| Father's Name, Nationality, and Address, if Known | | | Mother's Present and Maiden Names, Nationality, and Address, if Known | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks | Charge Code Words(s) | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

NCIC Level 1


Record of Deportable/Excludable Alien:
*****UPDATE 11-28-2011******
Detainer lifted per SIEA Wright, Sean, Subject derived USC.

IDOC: M18346
FINS 1034058709

Subject was queried by Stateville on 12/30/2010 and is in custody at the Vienna Corr Ctr with a 4 year sentence for Res. Burglary (eligible for parole 12/24/2012, PRD 12/24/2014). Subject is a LPR (AS8) since 2005 but was determined removable due to this conviction. Most recent encounter/event for this subject was created BEFORE this conviction was made. Detainer placed by IEA DiMaggio and faxed to Vienna Records at 618-658-3609

Alien has been advised of communication privileges _____ (Date/Initials) _____ (Signature and Title of Immigration Officer)
Distribution:
Received: (Subject and Documents) (Report of Interview)
Officer: _____
on: _____ (time)
Disposition: Detainer
Examining Officer: _____

Form I-213 (Rev. 08/01/07)