# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGEY MAYOROV,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 13 CV 5249<br><br>Judge Rebecca R. Pallmeyer |

## AFFIDAVIT OF SERGEY MAYOROV

I, Sergey Mayorov, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1. On December 27, 2010, I plead guilty to a charge of residential burglary plead with the understanding that I was eligible and would be placed in the Illinois "impact incarceration" program, a 120-day boot camp program, which, if I completed, would result in my release from custody without having to serve any imposed prison sentence.

2. I was sentenced to the minimum four-year sentence with a designation for boot camp.

3. During my processing at Stateville Correctional Center, I informed the ICE officers present that day, who I have come to know were Officers Mayra Reynoso and Jennifer Wall, that I was a United States citizen.

4. I was admitted to boot camp on January 25, 2011.

5. On March 18, 2011, I was handcuffed and transferred to the Vienna Correctional Center where I was held for approximately two weeks in a 24-hour lockdown

segregation before being transferred to the Shawnee Correctional Center to start serving the alternative four year prison sentence.

6. That same day, I was able to leave a voicemail for my mother giving her the telephone number for Immigration and Customs Enforcement ("ICE") (708-449-2495) that was included on the immigration detainer against me.

7. On October 10, 2011, I wrote a letter to the National Immigrant Justice Center for assistance with the immigration detainer because I was a U.S. citizen.

8. After the detainer was cancelled, I was reinstated to boot camp on or around February 6, 2012 and credited for the 52 days I had completed between January and March 2011.

9. I completed the remaining 68 days of boot camp on April 14, 2012 and was released.

10. Had the detainer not been issued, I would have completed the boot camp and been released from custody on May 25, 2011.

11. I endured wrongful imprisonment for 325 days as a result of the issuance of the detainer.

12. I was unable to procure employment or earn wages for 325 days as a result of the issuance of the detainer.

13. I suffered significant emotional distress and depression while imprisoned as a result of the issuance of the detainer.

I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on: August 16, 2014

Firmwide:128393207.1 850000.1997
8/12/14 11:36 AM