# EXHIBIT 21A

10-10-11

Elizabeth,

I need your help and advice regarding the whole Immigration process. Let me tell you about my case. I was charged with a Residential Burglary on 12-27-10. I had 3 days jail credit already so my outdate would be 12-24-12. I was given Boot Camp with my sentence so that I can make changes in my life without being in prison for long. I came to Stateville on 12-28-10 and stayed there until they said I was approved for Boot Camp. On 12-24-11 I left for Boot Camp. I got approved by Stateville, Springfield and the Boot Camp (Dixon Springs IIP). I came to Boot Camp on 1-25-11, then on 3-18-11 the drill instuctor woke me up telling me to put my hands behind my back. I was in tears because I was doing so well for nothing and I dont get to see my mom for 2 years. I have a greencard, social security #, high school diploma, and was 16 years old when my mom became a citizen. What is going to happen to me? I haven't been to Segregation or recieved any tickets

MAY 000050

since I started my bid. Will that help? What are my chances of deportation? Nobody told me about this, to my moms knowledge I am a citizen. Will I need a lawyer? How long will I have to be in custody of I.C.E.? If you can answer these questions it would be very helpfull and greately appreciated. Thank you very much for your help. Hope to hear back from you soon. Thank you!

Sergey

MAY 000051

Sergey Mayorov M18346
Shawnee Correctional Center
6665 St. Rt. 146 E.
Vienna IL 62995

RECEIVED
OCT 21 2011
NIJC



National Immigrant Justice Center
208 S. Lasalle St. suite 1818
Chicago IL 60604
Attn: Elizabeth Kalmbach